Clear Form

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN



The State of Michigan

Plaintiff,

vs.

GENORA LYNN GREENE

Defendant(s).

Case: 2:23-cv-12880
Assigned To : Cox, Sean F.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 11/13/2023
Description: REM State of Michigan v. Greene (jo)

## NOTICE OF REMOVAL
## Removal of Judge/prosecutor

I am request that this court remove this case from 39th District Court, due to my Constitutional unalienable rights that as been violated, along with violations of due process, excessive bonds, and detailment, outside their jurisdiction to move forward on the case, without valuable consideration. I am seeking damages for loss of wages, defamation of charater, mental & emotional stress, property damage, by bailbonds company, and physical damages.

_____

_____

_____

_____

_____

_____

_____

_____

_____

By: genora-greene AR
Signature of Filer

By: genora-lynn greene
Printed Name

Date: 11/13/2023

801 Big Beaver Rd PMB 300
Street Address

Troy, Michigan [48084]
City, State, Zip Code

213-292-3442
Telephone Number

Genora-Lynn: Greene
c/o 801 W. Big Beaver Rd PMB 300
Troy, Michigan Republic

GENORA LYNN GREENE, IN PRO PER

**IN THE 39ᵗʰ DISTRICT COURT FOR THE COUNTY OF MACOMB
STATE OF MICHIGAN, CRIMINAL DIVISION**

STATE OF MICHIGAN )
) Case No.: 23-3698-FY-1/23-3698FY
Plaintiff, )
) Notice of Change of Venue.
vs. )
)
GENORA LYNN GREENE ) Date: November 15, 2023
) Time: 9:30am
)
Defendant in Error. )
_____ )
)

**THE INTENTION OF THIS DEMAND IS A CHANGE OF
VENUE TO A COURT OF RECORD**

1. The Undersigned is demanding a change of venue from a statutory court to a court of record.
"A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it." [*Jones v. Jones*, 188 Mo.App. 220, 175 S.W. 227, 229; *ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See also Ledwith v. Rosalsky*, 244 N.Y. 406, 155 N.E. 688, 689 Black's Law dictionary, 4th ed., 425, 426 "Judges are magistrates."]

2. The Undersigned understands that the United States of America is a Republic and a Common Law Country.
"COMMON LAW - As distinguished from law created by the enactment of legislatures [admiralty], the common law comprises the body of those

principles and rules of action, relating to the government and security of persons and property which derive their authority solely from usages and customs of immemorial antiquity or from the judgments and decrees of the courts recognizing, affirming, and enforcing such usages and customs; and, in this sense, particularly the ancient unwritten law of England." [*1 Kent, Comm. 492. Western Union Tel. Co. v. Call Pub. Co.*, 21 S.Ct. 561, 181 U.S. 92, 45 L.Ed. 765; *Barry v. Port Jervis*, 72 N.Y.S. 104, 64 App. Div. 268; *U. S. v. Miller, D.C.Wash.*, 236 F. 798, 800.]

3. Under no circumstances is the clerk or employees of the clerk's office permitted to profile the Undersigned by her citations of the United States Constitution and to presume she is a "sovereign citizen" or a constitutionalist. Presumptions are forbidden when due process is guaranteed. Presumptions of the state of mind of the Undersigned are forbidden.

4. The Plaintiff is a State Government and not a People aggrieved by some conduct by the Undersigned; therefore, the STATE OF MICHIGAN cannot file a claim of an injury in fact in a Court of Record.

"People are supreme, not the state." *[Waring vs. the Mayor of Savanah, 60 Georgia at 93]*; "The state cannot diminish rights of the People." *[Hertado v. California, 100 US 516]*; "We the People ... do ordain and establish this Constitution..." *[Preamble to the U.S. Constitution]*; "We the people of the State of Michigan, grateful to Almighty God for the blessings of freedom, and earnestly desiring to secure these blessings undiminished to ourselves and our posterity, do ordain and establish this constitution" *[Preamble to the Michigan Constitution]*; "...at the Revolution, the sovereignty devolved on the People; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves... [*CHISHOLM v. GEORGIA (US)* 2 Dall 419, 454, 1 L Ed. 440, 455, 2 DALL (1793) pp.471-472]: "The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative." *[Lansing v. Smith*, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em. Dom. Sec. 3, 228; 37 C Nav. Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7].

5. The Undersigned demands this matter is brought inside a Court of Record under the Common Law, and all rights guaranteed must remain intact.

1

2                           Dated this 10th day of November, 2023.

3

4

5                                           Respectfully submitted and without prejudice,

6

7

8    By: genora-lynn.greene

9                                           Genora-Lynn: Greene, Executor for
                                            GENORA LYNN GREENE, Estate
10

11

---------------------------------------------- final page ----------------------------------------------

# MICHIGAN NOTARY ACKNOWLEDGMENT

THE STATE OF MICHIGAN

COUNTY OF _Oakland_

Acknowledged before me in _Oakland_ County, Michigan, on _11|10|2023_
(the date), by _Grenora Greene_ (name of signatory).

_[signature]_
_____

Notary Public Signature

Print _Sydney Herzog_

Title _Banker_

My commission expires: _5|17|2027_

Acting in the County of _Oakland_

**SYDNEY HERZOG**
Notary Public, State of Michigan
County of Oakland
My Commission Expires 05-17-2027
Acting in the County of _Oakland_

(Seal)

| Approved, SCAO | Original - Circuit court<br>1st copy - District court/agency | 2nd copy - Appellee<br>3rd copy - Appellant |
|---|---|---|

| **STATE OF MICHIGAN**<br>39th DISTRICT **JUDICIAL CIRCUIT**<br>**COUNTY**<br>MACOMB | **APPLICATION FOR LEAVE<br>TO APPEAL** | **CASE NO.**<br>23-3698-FY-1; 23-3698FY |
|---|---|---|

| Court address | | Court telephone no. |
|---|---|---|

| Plaintiff's name, address, and telephone no. ☑ Appellant<br>Genora Greene ☐ Appellee<br><br>c/o 801 W. Big Beaver Rd PMB 300<br>Troy, Michigan [48084] | **v** | Defendant's name, address, and telephone no. ☐ Appellant<br>THE STATE OF MICHIGAN ☑ Appellee<br><br>Joseph F Boedeker; Denise Hart; Donna Navarro<br>29733 Gratiot Avenue<br>Roseville, Michigan 48066 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>N/A | | Defendant's attorney, bar no., address, and telephone no.<br>N/A |

1. I, Genora Greene _____ , request leave to appeal a judgment/order/decision entered on
   <u>Nov 1, 2023</u> in the <u>39th DISTRICT COURT Roseville</u> by <u>JOSEPH F BOEDEKER</u> <u>P33122</u>
   **Date** **Court name and number or agency** **Name of judge** **Bar no.**
   The nature of the judgment/order/decision being appealed is <u>Contempt of Court; PO Resist/obs; exam;</u>                    .

2. ☐ No appeal of right exists.
   ☐ The time for taking an appeal under MCR 7.105(A) has expired.
   ☑ An appeal of right exists, but waiting to appeal of right would not be an adequate remedy.

3. This application for leave is being filed
   ☑ a. within the time required by MCR 7.105(A).
   ☐ b. after, but not more than 6 months after, entry of the judgment/order/decision appealed pursuant to MCR 7.105(A).
       (If the application is filed under 3.b, a statement of facts explaining the delay must be attached.)
   ☐ c. because an appeal of right from an agency's order or decision was not timely filed and statute authorizes a late appeal.

4. I allege the following errors. (Attach additional pages as needed.)
   Criminal Case which is civil being heard in the wrong court venue (tribual) tax court;

5. I request the following relief. (Attach additional pages as needed.)
   To recuse the above Judge Joseph F Boedeke;r Denise Har; Donna Navarro; remove case from 39th District Court to an Article III;.....

6. The following is my position supporting each issue, as required by MCR 7.212(C). (Attach additional pages as needed.)
   Please see attached COL document.

☑ 7. This is an interlocutory appeal. I will suffer substantial harm by awaiting final judgment before taking an appeal because:
   (Attach additional pages as needed.) Corruption; Malice; Unfairness; Due-Process; The Judge refuse to Recuse himself; excessive bonds.
   unlawful and excessive detainment without any injured party.

<u>11/10/2023</u>                    /s/ *By' genora-lynn:greene*
**Date**                            **Appellant signature**

---

### CERTIFICATE OF MAILING

I certify that on this date I served a copy of this application for leave to appeal on the parties or their attorneys and on the trial court
or agency by first-class mail addressed to their last-known addresses as defined by MCR 2.107(C)(3).

<u>11/10/2023</u>                    /s/ *By': genora-lynn: greene*
**Date**                            **Signature**

**CC 298 (6/12) APPLICATION FOR LEAVE TO APPEAL**                    MCR 7.103(B), MCR 7.105

# MICHIGAN NOTARY ACKNOWLEDGMENT

THE STATE OF MICHIGAN

COUNTY OF _Oakland_

Acknowledged before me in _Oakland_ County, Michigan, on _11/10/2023_
(the date), by _Genora Greene_ (name of signatory).

_____

Notary Public Signature

Print _Sydney Herzog_

Title _Banker_

My commission expires: _5/17/2027_

Acting in the County of _Oakland_

**SYDNEY HERZOG**
Notary Public, State of Michigan
County of Oakland
My Commission Expires 05-17-2027
Acting in the County of _Oakland_

(Seal)





**NIAGARA COUNTY – STATE OF NEW YORK**
JOSEPH A. JASTRZEMSKI – NIAGARA COUNTY CLERK
P.O. BOX 461, LOCKPORT, NEW YORK 14095-0461

---

**COUNTY CLERK'S RECORDING PAGE**
***THIS PAGE IS PART OF THE DOCUMENT – DO NOT DETACH***

---



INSTRUMENT #:  2023-16053

Receipt#: 2023616912
Clerk:    HA
Rec Date: 10/16/2023 03:55:56 PM
Doc Grp:  DEED
Descrip:  MISCELLANEOUS
Num Pgs:  3

Party1:   GREENE GENORA LYNN
          GREENE GENORA-LYNN
Party2:   GREENE GENORA LYNN
          GREENE GENORA-LYNN

Recording:

| | |
|---|---|
| Cover Page | 8.00 |
| Recording Fee | 11.00 |
| Cultural Ed | 14.25 |
| Records Management - Coun | 1.00 |
| Records Management - Stat | 4.75 |

Total:                                    39.00
**** NOTICE: THIS IS NOT A BILL ****

Record and Return To:


GENORA GREENE

**WARNING***
** Information may change during the verification
process and may not be reflected on this page.

Joseph A. Jastrzemski
Niagara County Clerk

# ACT OF EXPATRIATION
# DOMICILE DECLARATION AND ALLEGIANCE



**civil flag of the united states**

WHEREAS Genora Lynn Greene, and any/all other similarly named vessels in trade or commerce are all presumed to be "naturalized "citizens of the UNITED STATES" under the Diversity Clause and the Agent / Authorized Representative / Attorney in Fact is of legal age of majority; WHEREAS such citizenship was never desired nor intended nor voluntarily entered into upon the lawful contractual conditions of full disclosure, They/THEY willingly and purposefully renounces all citizenship or other assumed political status or obligation related to the UNITED STATES as defined as "a federal corporation" [see 28 U.S.C. § 3002 (15)(a)] and its government doing business variously as the UNITED STATES, the UNITED STATES OF AMERICA, the DISTRICT OF COLUMBIA MUNICIPAL CORP., *et al.*, etc. The undersigned hereby declares a permanent domicile upon and repatriates the soil of Their/THEIR birth known as Michigan and freely affirms Their/THEIR allegiance to the same, organic, and actual state of the Union [see 8 U.S.C. § 1101 (a)(21)] and does accept and reclaims Their/THEIR true nationality as an American State National and operates Their/THEIR vessel as an American State Vessels in international and maritime commerce including all operations under Article X of the Constitution for the united States of America and Article X of the United States of America, owned and operated by:

Genora-Lynn: Greene
c/o 801 W. Big Beaver Rd PMB 300
Troy, Michigan Republic [Postal Code Exempt – D.M.M. 602, 1.3 (e)(2)]

Respectfully submitted without prejudice,

By: *genora-lynn: greene*
_____
Genora-Lynn: Greene, Attorney in Fac

2023616912

**2023-16053**
10/16/2023 03:55:56 PM
3 Pages
MISCELLANEOUS

Joseph A. Jastrzemski, Niagara County Clerk        Clerk: HA

1

# ACKNOWLEDGEMENT / NOTARY

Niagara
Wayne County                              )
                                          ) ss.
Michigan Republic                         )

On this _16_ day of _OCTOBER_____, 2023, before me, the undersigned, a Notary
Public in and for Wayne County, personally appeared the above-signed, known to me to be the
one whose name is signed on this instrument, and has acknowledged to me that she has executed
the same.


Notary Name: _Robert M. DiFrancesco_                    (seal)


Notary Signature: _____

**ROBERT M. DiFRANCESCO**
**Notary Public, State of New York**
**Qualified in Niagara County**
**No. 4711119**
My commission expires:_____1/31/27_____   **Commission Expires** _1/31/22_



2

Date: 11-01-2023

Genora-Lynn: Greene
c/o 801 W. Big Beaver Rd PMB 300
Troy, Michigan [48084]

39ᵗʰ DISTRICT COURTHOUSE      Re:   Joseph F Bodeker
29733 Gratiot Avenue              Denise Hart- Prosecutor
Roseville, Michigan 48066         Donna M. Navarro- Clerk of Court
                                      Pauline M. Delvillano- Deputy Clerk

Notice to the Agent is Notice to the Principal.
Notice to the Principal is Notice to the Agent.

**Legal Notice**

To all it concerns,

It has come to my attention that the above mentioned courthouse, has been in violation of the
following along with sited information:

Concerning Attorneys/Posing Judges
1. Attorneys participating in the Temporary Judge Program may never use the  "Judge
  Pro Tem" or "Temporary Judge" in any advertising, nor on a business card, stationary or ballot
  designation. In addition, attorneys participating in the program may neither take nor disseminate for
  any reason photographs of themselves in judicial robes. This policy is not intended to preclude
  attorneys serving as Temporary Judges from describing their service to the court in resumes,......
  applications or other similar documents. Nevertheless, it is intended to protect the public from
  believing that you are a judicial officer of the Michigan Superior Court. The Superior Court takes
  this policy and any infraction of it very seriously. For further information, see Michigan's Code of
  Judicial Conduct Rule 2.4 (A)(B); Rule 1.2:(A);  2.3: (A): and Rule 2.9: (A).

  2.  49 U.S. Code 31301 is the U.S. Federal code for the Licenses: CCP 695.060.
    A license is a permit issued to any entity, activity, or profession by a public entity that should
    not be subjected to enforcement of a money judgment.

In the United States, powers to approve and issue licenses are balanced in a protected federal
ideology. According to the first amendment, these licenses require well-designed legislation to
encourage certain public activities and reduce interference with guaranteed rights. In the United
States, licenses are exercised by federal, state, and local governments. Business license licensing
has traditionally been a state or local agency, while the Labor Inspectorate is a federal agency based

on trade regulations. The regulations of inventions and creations through copyrights and patents is a federal body defined in Article 1, Paragraph 8 of the Basic Law. The powers of this association are strengthened through the protection of trade secrets and the right to publication through general.

3.  A person who is employed within the Legal System can not hold two positions at the same time.
A Lawyer can not be a Judge and neither can a Judge Practice Law from the Bench. For the two would be a conflict professionally and go against public fairness and departmental standards for ethics and public services.

Concerning all Clerks and Court Clerks

18 U.S. Code 2076- Clerk of United States District Court

" Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both."

18 U.S. Code 2071- Concealment, removal, or mutilation generally- " Concealment, removal, or mutilation generally-(a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates or destroys, or attempts to do so, or with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both.

28 USC 1691 says that All writs and process issuing from a court of the United States shall be under the seal of the court and signed by the clerk thereof. That means the Judgment Order must be "entered" by the County's Clerk in Macomb County, Michigan, and not a Deputy Clerk inside the courthouse.

By: *genora-lynn:green© All rights reserved*
Greene, Genora Lynn, Authorized Representative

**Jurat**

Michigan          )
                  ) ss.
Oakland County    )

Affirmed and Subscribed before me this ___1st___ day of November in the common year two thousand twenty-three.

Notary Public_____SEAL

My Commission Expires_____

AZRA HRNJIC
NOTARY PUBLIC - MICHIGAN
OAKLAND COUNTY
MY COMMISSION EXPIRES NOV. 25, 2026
ACTING IN _____ COUNTY



Select Language

Translate

## *Joseph F. Boedeker*

Judge

Joe Boedeker is a 39th District Court Judge representing the cities of Roseville and Fraser. Judge Boedeker was elected in 1996, having taken the bench in 1997. He was re-elected in years 2002, 2008, 2014, and 2020. Judge Boedeker served as the Chief Judge of this court for ten years and is presently the Chief Pro Tem.

Judge Boedeker grew up in the City of Roseville and graduated from Roseville Sacred Heart High School. He went on to obtain a Bachelors Degree from Oakland University and a Juris Doctorate Degree from Detroit College of Law. He practiced law for ten years with a local firm which, among other clients, represented the City of Roseville. In 1990, he took employment in Macomb County as a Probate Court Referee and thereafter as Assistant Corporation Counsel. During that same period of time, Judge Boedeker served as a Magistrate of the 39th District Court handling small claims cases at night.

Since taking the bench in 1997, Judge Boedeker has presided over numerous civil and criminal cases, along with running a sobriety court.

Judge Boedeker continues to reside in Roseville. He has been blessed with four children and one grandchild. Judge Boedeker is a member of the following:

State Bar of Michigan

Macomb County Bar Association

Michigan District Court Judges Association



# NOTICE

I come in peace as a citizen of the republic of the United States of America and not as a
United States Citizen.

Per the Constitution, the Supreme Law of the Land:

Article 6, clause 1
Article 1, section 8, clause 17
Article 4, section 4
Article 2, section 4
Article 3, Section 2, Clause 2

You are to protect me in my common law capacity.

I declare pursuant to the laws of the United States of America that the foregoing is true
and correct.

Date: _____04'06'2023_____

By: _genora-lynn: greene; AR, be____

Genora-Lynn: Greene
c/o 801 W. Big Beaver Rd PMB 300
Troy, Michigan Republic

GENORA LYNN GREENE, IN PRO PER

## IN THE 39th DISTRICT COURT FOR THE COUNTY OF MACOMB
## STATE OF MICHIGAN, CRIMINAL DIVISION

| STATE OF MICHIGAN | ) | |
|---|---|---|
| | ) | Case No.: 23-3698-FY-1/ |
| | ) | 23-3698-FY |
| Plaintiff, | ) | |
| | ) | Motion for Recusal. |
| vs. | ) | |
| GENORA LYNN GREENE | ) | |
| | ) | Date: 11-01-2023 |
| | ) | Time: 8:30am |
| Defendant in Error. | ) | |
| | ) | |

## <u>MOTION / DEMAND FOR RECUSAL</u>

COMES NOW the above-named, Genora-Lynn: Greene, Petitioner herein, and moves to recuse Judge Joesph F Boedeker from the above-entitled matter in this Article I tribunal court of record.

Respectfully submitted,

__GENORA LYNN GREENE__
GENORA LYNN GREENE, Defendant in Error


By *genora, greene*                    Dated: NOV 1, 2023
    *(authorized representative)*

Page 1

## MEMORANDUM OF POINTS AND AUTHORITIES

1) 28 U.S.C. § 455 states:

    a)  Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.

    b)  He shall also disqualify himself in the following circumstances:

        (1)  Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding;

        (2)  Where in private practice he served as lawyer in the matter in controversy, or a lawyer with whom he previously practiced law served during such association as a lawyer concerning the matter, or the judge or such lawyer has been a material witness concerning it;

        (3)  Where he has served in governmental employment and in such capacity participated as counsel, adviser or material witness concerning the proceeding or expressed an opinion concerning the merits of the particular case in controversy;

        (4)  He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding;

        (5)  He or his spouse, or a person within the third degree of relationship to either of them, or the spouse of such a person:

            (i)      Is a party to the proceeding, or an officer, director, or trustee of a party;

            (ii)     Is acting as a lawyer in the proceeding;

            (iii)    Is known by the judge to have an interest that could be substantially affected by the outcome of the proceeding;

(iv)    Is to the judge's knowledge likely to be a material witness in the proceeding.

2)  The U.S. Supreme Court made the following ruling:

"The neutrality requirement helps to guarantee that life, liberty, or property will not be taken on the basis of an erroneous or distorted conception of the facts or the law."

From *Marshall v. Jerrico, Inc.* (446 US 238, 242, 100 S. Ct. 1610, 64 L. Ed. 2d 182 (1980))

3)  The U.S. Supreme Court also has ruled the following:

"State courts, like federal courts, have a constitutional obligation to safeguard personal liberties and to uphold federal law."

From *Stone v. Powell* (428 US 465, 483 n. 35, 96 S. Ct. 3037, 49 L. Ed. 2d 1067 (1976))

4)  This motion for recusal is also made pursuant to Canons 3E(1) of the Michigan Code of Judicial Conduct.

5)  Also, the above is applicable to this court pursuant to Article VI of the United States Constitution.

6)  The United States Constitution also guarantees an unbiased Judge who will always provide litigants with full protection of all of their natural, God-given, unalienable rights. Therefore, Petitioner respectfully demands that the above-mentioned Judge recuse himself in light of this evidence detailing prior unethical and/or illegal conduct or conduct which gives Petitioner a solid pretext to believe the above-mentioned Judge cannot hear the above case in a fair and impartial manner.

7)  Genora Lynn Greene, a living and self-aware woman, is hereby moving the above-named Judge to recuse himself on the basis of a lack of impartiality to

Page 3

this matter and, thereby, has created a conflict of interest in this matter. The above-mentioned Judge has deliberately violated other litigants' personal liberties in the past and/or has wantonly refused to provide due process and equal protection to all litigants before the court or has behaved in a manner inconsistent with that which is needed for full, fair, and impartial hearings.

8) See attached Exhibit 1 for evidence substantiating this Motion made by Petitioner. Per "Non Res Judicata" (Chief pro temp) Lack of authority; and "Coram Non Judice" Lack of jurisdiction: Article I Tribunal Building.

Respectfully submitted,

_____**GENORA LYNN GREENE**_____   Dated: Nov 1, 2023_____
GENORA LYNN GREENE, Defendant in Error
In Pro Per,

By:

_genora, greene_____
Genora Lynn Greene, Attorney in Fact / Petitioner

AZRA HRNJIC
NOTARY PUBLIC - MICHIGAN
OAKLAND COUNTY
MY COMMISSION EXPIRES NOV. 25, 2026
ACTING IN _____ COUNTY

Page 4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

Genora-Lynn: Greene
c/o 801 W. Big Beaver Rd PMB 300
Troy, Michigan Republic

GENORA LYNN GREENE, IN PRO PER

**IN THE 39th DISTRICT COURT FOR THE COUNTY OF MACOMB
STATE OF MICHIGAN**

STATE OF MICHIGAN

      Plaintiff,

vs.

GENORA LYNN GREENE

    Defendant in Error.

    )
    )
    )
    )
    )
    )
    )
    )
    )
    )
    )
    )
    )

Case No.: 23-3698-FY-1/23-3698FY

Demand for Dismissal for
Lack of Jurisdiction and Standing.

Date: Date of Special Appearance
  November 15, 2023
Time: 9:30

## DEMAND FOR DISMISSAL

COMES NOW the Undersigned, Genora Lynn Greene, by special appearance without submitting or consenting to the Court's jurisdiction now moves this court dismiss the above-listed action for lack of subject matter jurisdiction, no legal evidence of a claim / debt provided through tacit agreement / acquiescence to the previous affidavits submitted by the Attorney in Fact for the alleged Defendant in Error.

Respectfully submitted,

_____
Attorney in Fact

## MEMORANDUM OF POINTS AND AUTHORITIES

## STATEMENT OF THE CASE AND FACTS

1.

Genora Lynn Greene filed a Motion for Discovery with the Clerk of State Court
on October 19, 2023 compelling the Plaintiff to provide the defense with discovery,
including all impeaching and/or exculpatory evidence.

Genora Lynn Greene submitted a request for the official bond
of Judge Joesph F Boedeker to the Macomb County Assistance Corporation Counsel
by email which was received on August 3, 2023.

2.

No responsive records for an official bond were produced
as a result of the investigation of the open records.

3.

No response for discovery was provided by Plaintiff.

4.

Plaintiff ignored / dishonored all of the several affidavits
filed by the Attorney in Fact for the Defendant in Error.

## ASSERTIONS

1.

Plaintiff is in agreement that all of the statements made
by affidavit by Defendant are affirmed as truth.

2.

Plaintiff has not stated a verified claim
upon which relief can be granted.

3.

This court lacks subject matter jurisdiction
due to the absence of a justiciable controversy.

4.

Judge Joesph F Boedeker is practicing law
without a properly issued official bond.

5.

Plaintiff has committed barratry upon Defendant
for dishonoring the affidavits.

1

2                                    6.
                    Judge Joesph F Boedeker has violated his oath of office.
3

4                                    7.
                   Plaintiff has violated Defendant's right of due process of law
5                              by not providing discovery.

6
                                     8.
7                  Plaintiff and Joesph F Boedeker waive all immunities with regard
                        to any non-belligerent tort claims brought against them.
8

9

10                        **MEMORANDUM OF LAW**

11

12       1)  All public officials must take an oath of office to defend the Michigan
             Constitution and the Constitution for the United States of America. They must
13           honor this oath in the discharge of their duties. Refer to the following statutes:

14

15           i.      5 U.S.C. § 3331 states that all public officers must take an oath of
                     office to support the Constitution of the United States of America.
16

17           ii.     (M.C.L.) § Chapter 3 of Act 116 of 1954 sections 15.301 to 15.329
                     states:
18                   "Every public officer shall:
19                       (1) Take the oath of office;
                         (2) Take any oath prescribed by the Constitution of Michigan;
20                       (3) Swear that he or she is not the holder of any unaccounted for
21                           public money due this state of any political subdivision or
                             authority thereof;
22                       (4) Swear that he or she is not the holder of any office of trust
23                           under the government of the United States, any other state, or
                             any foreign state which he or she is by the laws of the State of
24                           Michigan prohibited from holding;
25                       (5) Swear that he or she is otherwise qualified to hold said office
                             according to the Constitution and laws of Michigan;
26                       (6) Swear that he or she will support the Constitution for the
                             United States of America and for this state; and
27                       (7) If elected by any circuit or district, swear that he or she has
28                           been a resident thereof for the time required by the
                             Constitution and laws of this state."
29

30

31

iii.   A public officer can be punished under MCL. § 750.505 for violating their oath as an abuse of governmental office and an offense against public administration. It states the following:

"Any public officer who willfully and intentionally violates the terms of his oath as prescribed by law shall, upon conviction thereof, be punished by imprisonment for not less than one nor more than five years."

iv.   In order to convict an officer of violating his oath of office, it must be proven that the defendant was actually administered an oath, that the oath was prescribed by law, and that the officer violated the terms of that oath. Further, oaths can be violated while the officer is off duty. The following cases are examples of public officers being convicted of violating their oaths in Michigan:

- *Reynolds v. State*, 3334 Ga. App. 496 (2015)
- *Gaskins v. State*, 318 Ga. App. 8 (2012)
- *Beard v. State*, 300 Ga. App. 146 (2009)
- *United States of America v. Bryant Cochran*, U.S. Court of Appeals (11th Cir.) No. 15-13230

2)   The Michigan Freedom of Information Act is very clear that all public records shall be made freely available within a specific time frame for copies of records to be prepared for public inspection:

i.   **Michigan FOIA**, MCL Act 442 of 1976;15.231 to 15.246 states:
"(1) This act shall be known and may be cited as the "freedom of information act".
(2) It is the public policy of this state that all persons, except those persons incarcerated in the state or local correctional facilities, are entitled to full and complete information regarding the affairs of government and the official acts of those who represent them as public officials and public employees, consistent with the act. The people shall be informed so that they may fully participate in the democratic process.
(3) This act shall take effect 90 days after being signed by the governor.
"(f) The individual in control of such public record or records shall have a reasonable amount of time to determine whether or not the record or records requested are subject to access under this article and to permit inspection and copying. In no event shall this time exceed three business days."

ii.   The **Freedom of Information Act** also states in 5 section 552 that:

"(a) In all cases where an interested member of the public has a right to inspect or take extracts or make copies from any public records,

1
2
3
4
5
6
7
8
9

instruments, or documents, any such person shall have the right of access to the records, documents, or instruments for the purpose of making photographs or reproductions of the same while in the possession, custody, and control of the lawful custodian thereof, or his authorized deputy. Such work shall be done under the supervision of the lawful custodian of the records, who shall have the right to adopt and enforce reasonable rules governing the work. The work shall be done in the room where the records, documents, or instruments are kept by law. While the work is in progress, the custodian may charge the person making the photographs or reproductions of the records, documents, or instruments at a rate of compensation to be agreed upon by the person making the photographs and the custodian for his services or the services of a deputy in supervising the work."

10
11
12
13

3) Like all the other states of the Union, the FOIA. is clear that public officers are to make an official bond and shall provide copies of bonds to anyone desiring them. MCL, 15.231 of the FOIA. on Official Bonds contains the following statutes in relation to the subject:

14
15
16
17
18

i.  Michigan Public Employee Bonding Act (Act 487 of 1957): This act establishes requirements for bonding certain public officials and employees who handle public funds or property. It helps protect against losses resulting from dishonest acts, theft or other breaches of duty. The act provides guidelines for determining the bond amount, duration, and coverage, as well as the responsibilities of the bonding companies or sureties involved.

19
20
21
22
23

ii. Michigan Penal Code (Act 328 of 1931): The Penal Code includes provisions relating to suety bonds in the context of criminal actions. For example, it addresses situations such as bail bonds, which ensure a defendant's appearance in court. The Penal Code also covers bonds related to appeals, peace bonds, and other specific circumstances related to criminal proceedings.

24
25
26
27

iii. Under the Michigan Public Employment Bonding Act (Act 487 of 1957), certain public officials and employees in Michigan are required to be bonded. The bonding process helps ensure their faithful performance of duties and protects against potential financial losses resulting from their actions.

28
29

iv. Bond Requirements: The act applies to individuals who handle public funds or property, such as treasurers, custodians of public funds, and other similar positions.

30
31

v.  Bond Amount: The act provides guidelines for determining the amount of the bond. The bond amount is typically based on factors such as the

amount of the funds or property the individual will handle, the level of risk involved in their duties, and any applicable legal requirements. The bond amount is often set by the appointing authority or established by statue.

vi.   Duration of Bond: The act specifies the duration for which the bond must be maintained. The duration is typically set for the term of the individual's appointment or employment. It may need to be renewed or replaced upon expiration or when the individual continues in the position for subsequent terms.

vii.  Bond Coverage: The bond coverage is intended to protect against losses resulting from dishonest acts, theft, and other breaches of duty by the bonded individual. The act requires that the bond provide adequate coverage, but the specific coverage details may vary depending on the circumstances and requirements of the position.

viii. Bonding Companies or Sureties: The act specifies that the bond must be provided by the surety company or bonding company authorized to do business in Michigan. These companies issue the bonds and assume the financial responsibility in case of a covered loss. The specific requirements for bonding companies or sureties many be outlined in the act or other applicable laws.

4) When a defendant makes a request for discovery and inspection, the plaintiff must provide full disclosure of all evidence against a defendant. Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, this includes any documents, objects, reports, witness testimony, and any other evidence that the government intends to use at trial. By not complying with such a lawful request for discovery, it shall be concluded that no incriminating evidence exists against the defendant and that there is a violation of due process of law. Also see *Brady v. Maryland*, 373 U.S. 83 (1963).

5) The judge cannot be impartial and must be disqualified as there is a conflict of interest with regard to this matter. Each party including but not limited to the judge, the prosecutor, the solicitor general, the arresting officer are all employees of the State. I explicitly do not consent and waive any/all benefits of United States Citizenship.

i.    Whenever any officer of the court commits a fraud during a proceeding in the court, he/she is engaged in "fraud upon the court". In *Bulloch v. United States*, 763 F.2d 1115, 1121 (10th Cir. 1985), the court stated that "Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or

fraudulent documents, false statements or perjury. ... It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function -- thus where the impartial functions of the court have been directly corrupted".

ii.  "A judge is not the court."
–*People v. Zajic*, 88 Ill. App. 3d 477, 410 N.E. 2d 626 (1980).

iii.  The judicial code of conduct of Michigan (A.K.A. judicial canon) contains the following:

**Canon Rule 1.** –
A Judge Shall Uphold the integrity and Independence of the Judiciary

**Canon Rule 1.1** –
A Judge shall comply with the law and shall act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary.

**Canon Rule 1.2**–
A judge shall avoid impropriety and the appearance of impropriety in all their activities.

**Canon Rule 1.3** –
A judge shall perform the duties of judicial office impartially, completely, and diligently.

**Canon Rule 2.4** –
A judge shall not permit their family, social, or other relationships to influence conduct or judgement.

**Canon Rule 2.6-**
A judge shall not make public comment on pending or impending cases, and shall not engage in extrajudicial activities that may cast doubt on their impartiality.

iv.  "U.S. Supreme Court held that state officials acting by 'color of law' may be held personally liable for the injuries or torts they cause, and that official or sovereign immunity may not be asserted."
-*Scheuer v. Rhodes*,
416 U.S. 232 (1974), 94 S. Ct. 1683, 1687 (1974)

v.  "When a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his

official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States."
*-Warnock v. Pecos County, Texas*, 116 F.3d 776
No. 96-50869 Summary Calendar. July 3, 1997.

6) An established maxim of law states that "an unrebutted affidavit stands as the truth in commerce"; therefore, any affidavit submitted for the Defendant must be rebutted point-for-point in the form of an affidavit and under the penalty of perjury. If there is no timely rebuttal, then the affidavit submitted must be honored as the judgment and affirmative defense per Rule 8(c) of the Federal Rules of Civil Procedure. The following case law supports this assertion:

   i.    "Indeed, no more than [an affidavit] is necessary to make the prima facie case." *–United States v. Kis*, 658 F.2d 526, 536 (7th Cir. 1981), *cert. denied sub nom. Salkin v. United States*, 455 U.S. 1018, 102 S. Ct. 1712, 72 L. Ed. 2d 135 (1982).

   ii.   "Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading... We cannot condone this shocking behavior... This sort of deception will not be tolerated, and if this is routine, it should be corrected immediately." *–United States v. Tweel*, 550 F.2d 297, 299. See also *U.S. v. Prudden*, 424 F.2d 1021, 1032; *Carmine v. Bowen*, 64 A. 932.

7) An injury in fact (*corpus delicti*) due to the alleged conduct of the undersigned Attorney in Fact for the Defendant in Error has not been introduced into the record; therefore, there is no claim upon which relief can be granted, and the court is without subject matter jurisdiction in order to properly adjudicate a justiciable controversy.

   i.    FEDERAL RULES OF CIVIL PROCEDURE (F.R.C.P.), Rule 2: "There is one form of action – the civil action."

   ii.   "Over the years, our cases have established that the irreducible constitutional minimum standing contains three elements. First, the Plaintiff must have suffered an "injury in fact". Second, there must be a causal connection between the injury and the conduct complained of – the injury has to be 'fairly... trace[able] to the challenged action of the defendant, and not... the result of the independent action of some third party not before the court.' Third, it must be likely as opposed to merely speculative that the injury will be redressed by a favorable decision." *-Lujan v. Defenders of Wildlife, et al.*, 504 U.S. 555 (1992)

iii.    **corpus delicti** (noun) – the body of a crime; the body (material substance) upon which a crime has been committed, e.g. the corpse of a murdered man, the charred remains of a house burned down. *People v. Dick*, 37 Cal. 2S1; *White v. State*, 49 Ala. 347; *Goldman v. Com.*, 100 Va, 805, 42 S. E. 923; *State v. Hand*, 1 Marv. (Del.) 545, 41 Atl. 192; *State v. Dickson*, 78 Mo. 441
(Black's Law, 2nd ed.)

8) As contract makes the law, there is no lawful contract known or revealed to me, the Attorney in Fact for the alleged Defendant, that compels me to perform or to accept liability as trustee for this constructive commercial trust brought forth with color under 27 C.F.R. § 72.11 (see "commercial crimes").

i.    In order to be a legally binding agreement, contract law provides that there must be (1) an offer, (2) valuable consideration, (3) two or more parties capable of contracting or entering into an agreement, (4) an unambiguous acceptance of the offer, and (5) mutual consideration ("a meeting of the minds"). In some cases, a written agreement may be required with the signatures by all parties on the contract according to the statute of frauds. Full disclosure of the terms of the contract is imperative, and any fraud, coercion, or misrepresentation makes a contract void and unenforceable .
[see *Commissioner v. Sunnen*, 333 U.S. 591 (1948); *Oubre v. Entergy Operations, Inc.*, 112 F.3d 787 (1998); *Maxcess, Inc. v. Lucent Technologies, Inc.*, 433 F.3d 1337 (11th Cir. 2005)]

When I was a baby, I could not lawfully consent to be the trustee for the United States Citizen / Cestui Que Vie Trust / Maritime Vessel with the name of GENORA LYNN GREENE. I have also been forced to obtain a driver's license in the past, or I otherwise would have been taken and imprisoned against my will and/or put at severe inconvenience as a result of not having one.

Further, by not responding to any of the several affidavits submitted by the Attorney in Fact for the Defendant in Error, Plaintiff agrees that there is no lawful contract that can be introduced into the record with the wet ink signature of the Undersigned. Therefore, without a contract, there is no case [see *Erie Railroad Co. v. Tompkins*, 304 U.S. 64 (1938)].

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

**[continued on next page]**

# CONCLUSION

**THEREFORE**, this Demand shall be lawfully honored due to the facts made known herein before the court that Judge Joesph F Bodeker did not show he is operating under an official bond, that Discovery was not sufficiently provided per the motion submitted for the alleged Defendant, that the impartiality of the judge is in doubt, that Plaintiff is in agreement with all of the affidavits for Defendant, that Plaintiff has not properly submitted a claim upon which relief can be granted, and that there is no contract between the parties in this matter. For the above-listed reasons, the Undersigned declares that this court is without subject matter jurisdiction and that this matter shall be dismissed with prejudice and in the interest of justice as Plaintiff has been allotted the appropriate time to respond to cure their fault and dishonor.

Respectfully Submitted,

By: genora-lynn: greene, Bene

Genora-Lynn: Greene, Beneficiary, Attorney in Fact for

GENORA LYNN GREENE, Defendant in Error

-------------------------------------- LAST PAGE --------------------------------------

# MICHIGAN NOTARY ACKNOWLEDGMENT

THE STATE OF MICHIGAN

COUNTY OF _Oakland_

Acknowledged before me in _Oakland_ County, Michigan, on _11 | 10 | 2023_ (the date), by _Genora Greene_ (name of signatory).

_[signature]_

Notary Public Signature

Print _Sydney Herzog_

Title _Banker_

My commission expires: _5 | 17 | 2027_

Acting in the County of _Oakland_

**SYDNEY HERZOG**
Notary Public, State of Michigan
County of Oakland
My Commission Expires 05-17-2027
**Acting in the County of** _Oakland_

(Seal)

| Form COL | **Violation Warning** **Denial of Rights Under Color of Law** Violation Warning-- 18 U.S.C. §242; 18 U.S.C. §245 U.S.C. §1983 | |
|---|---|---|

| Name and Address of Citizen | Name and Address of Notice Recipient |
|---|---|
| Genora-Lynn: Greene c/o 801 W. Big Beaver Rd PMB 300 Troy, Michigan [48084] | Joesph F Boedeker 39th District Courthouse 29733 Gratiot Avenue Madison Heights, Michigan 48066 |

**Citizen's Statements**  18 U.S. Code 241- Conspiracy against rights; 18 U.S. Code 1038- False information and hoaxes; 18 U.S. Code 1512- Tampering with a witness, victim or an informant; 18 U.S. Code 912- Officer or employee of the United States; And Ex-parte Merryman (18 U.S. Code 242;245; 42 U.S. Code 1983; "Non Res Judicata"; "Coram Non Judice"

I certify that the forgoing information stated here is true and correct
Citizen signature

> By: Genora-Lynn: Greene, Authorized Representative

Date> 11/31/2023

## Legal Notice and Warning

Federal law provides that it is a crime to violate the Constitutional Rights of a citizen under the Color of Law. You can be arrested for this crime and you can also be held personally liable for civil damages. Attempting to coerce or deceive a citizen to surrender his Constitutional Rights is a Federal Crime. Federal Courts have found that your ignorance of the law is no excuse.

**18 USC §242** provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both, and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

**18 USC §245** provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both, and if death results or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be subject to imprisonment for any term of years or for life or may be sentenced to death.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning,** you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages. Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

You are advised to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

Notice of Service:
I, By: genora , Greene @ all rights reserved certify that I personally delivered this notice to above named recipient
and address on 29733 Gratiot Ave at 10:30 (am/pm).

Public Domain—Privacy Form COL(02)

AZRA HRNJIC
NOTARY PUBLIC - MICHIGAN
OAKLAND COUNTY
MY COMMISSION EXPIRES NOV. 25, 2026
ACTING IN _____ COUNTY

11-1-2023

39th JUDICIAL DISTRICT, 29733 GRATIOT, ROSEVILLE, MICHIGAN 48066 — (586) 773-2010

| DEFENDANT | | ADDRESS | | CITY |
|---|---|---|---|---|
| Genora Lyn Greene | | | | |

| DATE OF BIRTH | APPEARANCE DATE | COMPLAINANT | SUMMONS NO. | DATE OF OFFENSE |
|---|---|---|---|---|
| 12-9-71 | 11-1-23 | Greene | 23.3698FY | |

| CHARGE | | ORDINANCE | STATUTE | PLEA |
|---|---|---|---|---|
| PO - Resist/Obs. — Contempt of Court | | | | |

## DISPOSITION OF ARRAIGNMENT

### COMMITMENT

Ns No Bond BOND Not posted, committed to Macomb County Jail until date of (Trial, Exam, Sent.,) __11-15-23__ at __9:30__ (AM) PM) (Remote | In-Person)

[ ] Released on (Cash or Surety, Personal) bond of $_____ until (Pre-Trial, Hearing, Trial, Exam, Sent.,) _____ at ___:___ (AM | PM) (Remote | In-Person)

FINES/COSTS/FEES:$ _____ (____) Days to Pay, Fines, Costs & Fees) _____ Days in Macomb County Jail; _____ Days Credit Time Served

OR _____ days in Macomb County Jail if fine and costs not paid.

[ ] Hearing Waived, Bound Over to 16th Circuit Court for AOI on _____ at ___:___ (AM | PM)

Other BOND CONDITION:

[ ] NO CONTACT WITH PROSECUTING AND/OR COMPLAINING WITNESS(S): To be held without bond until brought over on 11-15-23.

[ ] NO USE OF DRUGS AND ALCOHOL

[ ] NO USE OR POSSESSION OF FIREARM / WEAPONS

[ ] REFER TO COMMUNITY CORRECTION FOR:

[ ] OTHER

_____
39TH DISTRICT JUDGE / MAGISTRATE

ZOOM MEETING ID:
[ ] JUDGE BOEDEKER - 657 616 4269
[ ] JUDGE HAKIM - 541 012 3043
[ ] JUDGE TOCCO - 301 426 0800

Affidavit of Truth
For
Genora Lynn Greene©, A Living Woman (Grantee)
GENORA LYNN GREENE(GRANTOR)

Genora Lynn of the family Greene; A living woman(Grantee)

c/o 801 W. Big Beaver Rd PMB 300

Troy, Michigan

Near [48084]


**STATE OF** MICHIGAN            )

                               ) SS        **ACKNOWLEDGEMENT**

**COUNTY OF** WAYNE              )


# AFFIDAVIT OF TRUTH, FACT, CLAIM OF RIGHT AND LAWFUL

# FREEMAN STATUS AS ONE OF THE PEOPLES


**OFFICIAL PUBLIC NOTICE TO THE U.S GOVERNMENT, ALL GOVERNMENTAL AGENTS, THE STATE OF MICHIGAN, ALL LOCAL AND NATIONAL MEDIA AND NEWS STATIONS AND ANY AND ALL AGENCIES OR POLITICAL SUBDIVISIONS THEREOF OF THE U.S GOVERNMENT FOREIGN AND OR DOMESTIC**


## *NOTICE TO AGENT IS NOTICE TO PRINCILAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT*

That I, **Genora Lynn of the family Greene;** Secured Party, a self aware living woman created under **Almighty God,** am the **Executor, Grantor, Beneficiary, Sole-Shareholder** as well as **CEO** of the **(Legal Person) GENORA L GREENE** and do hereby and hereinafter declare the following statements to be true, correct, and complete, to the best of the knowledge and belief of a Self Aware living man and Secured Party created under **Almighty God**

Page 1 of 6        Initials: *GLG*  All Rights Reserved Waiving None UCC 1-308

Affidavit of Truth
For
Genora Lynn Greene©, A Living Woman (Grantee)
GENORA LYNN GREENE(GRANTOR)

I **Genora Lynn of the family Greene;** Secured Party, a self aware living woman created under **Almighty God**, on and for the Official Public Record declare and make the Ultimate and **Un Rebuttable Declaration** that I hereby, hereinafter, from this day forward and forever Claim any and all interest, securities, Bonds and public and or private Trust accounts associated with the **CERTIFICATE OF LIVE BIRTH** and the **SOCIAL SECURITY CARD** through the **SOCIAL SECURITY ADMINISTRATION** of the LEGAL PERSON **GENORA LYNN GREENE** by way of **Fraud, Theft** and **Deception** and **Non Disclosure** starting with **(HUTZEL HOSPITAL)** as well as **MICHIGAN DEPARTMENT OF PUBLIC HEATH**  (BUREAU OF VITAL STASTICS) through the **CERTIFICATE OF LIVE BIRTH** as well as the **SOCIAL SECURITY CARD** through the **SOCIAL SECURITY ADMINISTRATION**. I believe there is no evidence to the contrary and that none exist.

I **Genora Lynn of the family Greene;** Secured Party, a self aware living woman created under **Almighty God**, on and for the Official Public Record declare and make the **Ultimate** and **Un Rebuttable Declaration** that you are on Public Notice that you may no longer use any Public, Private trust Account, Exemption Account or any other Account associated with the **CERTIFICATE OF LIVE BIRTH** and the **SOCIAL SECURITY CARD** or **SOCIAL SECURITY NUMBER** through the **SOCIAL SECURITY ADMINISTRATION** of the LEGAL PERSON **GENORA L GREENE** by way of **Fraud, Theft** and **Deception** and **Non Disclosure,** But is to remain open for the sole use of **Executor, Grantor, Director, Beneficiary** as well as **Sole-Share Holder and CEO** Genora Lynn of the family Greene;  Secured Party, a self aware living woman for the Benefit of the Legal **GENORA L GREENE PUBLIC DEBT**. I believe there is no evidence to the contrary and that none exist.

I **Genora Lynn Greene of the family Greene;** Secured Party, a self-aware living woman created under **Almighty God**, on and for the Official Public Record declare and make the **Ultimate** and **Un Rebuttable Declaration** that any registration of the flesh and or body or private Property of the self aware living man **Genora Lynn of the family Greene;** is terminated, revoked and null and void from this day forward, hereinafter and forever. I **Genora Lynn of the family Greene;** am a self-aware living woman on the land, in the flesh and blood under the creator **Almighty God**. I **Genora Lynn of the family Greene;** am not aware nor have I been presented with any So-Called Law or admissible proof that another Man/Woman and or **CORPORATION** can make a law or rule over a Secured Party, self aware living man/woman in the flesh and blood created under **Almighty God**. I **Genora Lynn of the family Greene;** Secured Party, a self aware living woman created under **Almighty God**, on and for the Official Public Record declare and make the **Ultimate** and **Un Rebuttable Declaration** that I am a self aware living woman on the land **Not Deceased** and  I am **Not a Fictitious Entity, Corporate Entity, Governmental Entity** or **Corporation** created by the **U.S, U.S. GOVERNMENT, UNITED STATES GOVERNMENT, THE STATE OF MICHIGAN** and any and all **AGENTCIES** or **POLITICAL SUBDIVISIONS** THEREOF **FOREIGN** and or **DOMESTIC** by way of **Fraud, Theft** and **Deception** and **Non Disclosure.**  I believe there is no evidence to the contrary and that none exist.

Affidavit of Truth
For
Genora Lynn Greene©, A Living Woman (Grantee)
GENORA LYNN GREENE(GRANTOR)

WHEREFORE, I **Genora Lynn of the family Greene;** Secured Party, a self aware living man created under **Almighty God,** without malice, under my own **free will act and deed** by way of this **Peaceful Declaration without Hostility** Autographed under penalties of perjury  do hereby declare, that any and all alleged contracts, legal documents, or instruments existing or presumed to exist with or in relation to the artificial person represented as **GENORA GREENE, GENORA L GREENE, GENORA LYNN GREENE "** and any and all variations thereof (i.e. spelled in ALL CAPITAL LETTERS) and with or without wet-ink signature, copies and or originals refer to an entirely different fictional legal entity, designed under **Fraud, theft and Deception, and without full disclosure** by various **POLITICAL SUBDIVIONS, Employees** and **Agencies** of the **U.S GOVERNMENT** included but not limited to **THE STATE OF** MICHIGAN and all variations  thereof as separate legal fictions, and are hereby, hereinafter from this day forward **canceled, rescinded, null and void, non-existent, dead, fraud, no good**. This Declaration is being made so that we are loud and clear, on the same page and so that all presumptions of all so-called Contracts **(ADHESION)** Contract are hereby and hereinafter **cancelled, rescinded and null and void** from this day forward and hereinafter. I believe there is no evidence to the contrary and that none exist.

This Declaration constitutes notice of my Secured Party Affidavit of **Lawful Status** as well as **Claim of Right** as a **Freeman** on the land under the **organic national Constitution of the Republic of the United States of America Un-Incorporated** as well as my lawful **Freeman** Status as a self-aware living woman under the goodness of the creator **Almighty God.** Until and unless this Affidavit is rebutted by counter-affidavit, point-for-point or should any single point of this Affidavit be successfully rebutted, all remaining points not similarly rebutted it stands as truth in commercial law. So affirmed and humbly declared, before the goodness of the Creator.  Without prejudice and all rights reserved. Under **UCC 1-308, 3-415.** I believe there is no evidence to the contrary and that none exist.


# **AFFIDAVIT OF TRUTH AND FACT**

## *NOTICE TO AGENT IS NOTICE TO PRINCILAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT*

**Fact # 1**        I **Genora Lynn of the family Greene;** Secured Party, a self aware living woman created under **Almighty God**, on and for the Official Public Record declare and make the **Ultimate** and **Un Rebuttable Declaration** that I **Genora Lynn of the family Greene;** Secured Party, a self aware living woman created under **Almighty God** am **NOT**, have not nor will I ever be an Employee of the **U.S, U.S. GOVERNMENT, UNITED STATES GOVERNMENT, THE STATE OF** MICHIGAN and any and all **AGENTCIES** or **POLITICAL SUBDIVISIONS** THEREOF **FOREIGN** and or **DOMESTIC** from this day forward and hereinafter. I believe there is no evidence to the contrary and that none exist.

Page 3 of 6        Initials: *GLG* All Rights Reserved Waiving None UCC 1-308

Affidavit of Truth
For
Genora Lynn Greene©, A Living Woman (Grantee)
GENORA LYNN GREENE(GRANTOR)

**Fact # 2**      I **Genora Lynn of the family Greene;** Secured Party, a self aware living woman created under **Almighty God**, on and for the Official Public Record declare and make the **Ultimate** and **Un Rebuttable Declaration** that you are on **NOTICE** that you are no longer allowed to make and presumptions, assume, presume or make any speculations concerning the living, breathing and self aware man **Genora Lynn of the family Greene;** and the **LEGAL FICTION, LEGAL NAME** or **LEGAL PERSON; GENORA L GREENE**. If the **U.S, U.S. GOVERNMENT, UNITED STATES GOVERNMENT, THE STATE OF**  MICHIGAN and any and all **AGENTCIES** or **POLITICAL SUBDIVISIONS** THEREOF **FOREIGN** and or **DOMESTIC** intend to make a claim against the living, breathing and self-aware woman **Genora Lynn of the family Greene;** and the **LEGAL FICTION, LEGAL NAME** or **LEGAL PERSON; GENORA L GREENE** You are hereby, hereinafter and forever ordered to do so by **CERTIFIED** or **REGISTERED Mail** in writing by way of Sworn Affidavit on and for the Official Public Record signed under penalties of the Law including Perjury. No other forms, documents or Claims will be accepted or acknowledged. I believe there is no evidence to the contrary and that none exist.

**Fact # 3**      I **Genora Lynn of the family Greene;** Secured Party, a self aware living woman created under **Almighty God, DEMAND** that If the **U.S, U.S. GOVERNMENT, UNITED STATES GOVERNMENT, THE STATE OF MICHIGAN** and any and all **AGENTCIES** or **POLITICAL SUBDIVISIONS** THEREOF **FOREIGN** and or **DOMESTIC** present lawful document Facts, and proof that I **Genora Lynn of the family Greene;** Secured Party, a self aware living woman created under **Almighty God**, am an Employee of the **U.S, U.S. GOVERNMENT, UNITED STATES GOVERNMENT, THE STATE OF** MICHIGAN and any and all **AGENTCIES** or **POLITICAL SUBDIVISIONS** THEREOF **FOREIGN** and or **DOMESTIC.** Anyone that presumes, assumes or makes any speculations that I am an Employee let them bring forth on and for the Official Public Record lawful documentation and proof for my review within **Ten (10)** Calendar days from date of receipt of this Affidavit by way of Sworn Affidavit Signed under penalties of the Law including Perjury on and for the Official Public Record that I am an Employee of the **U.S, U.S. GOVERNMENT, UNITED STATES GOVERNMENT, THE STATE OF** MICHIGAN and any and all **AGENTCIES** or **POLITICAL SUBDIVISIONS** THEREOF **FOREIGN** and or **DOMESTIC**. I believe there is no evidence to the contrary and that none exist.

**Fact # 4**      I **Genora Lynn of the family Greene;** Secured Party, a self aware living woman created under **Almighty God,** on and for the Official Public Record hereby and hereinafter Declare and make the **Ultimate** and **Un Rebuttable Declaration** that I **Genora Lynn of the family Greene;** Secured Party, a self aware living woman created under **Almighty God** am not an Employee of the **U.S, U.S. GOVERNMENT, UNITED STATES GOVERNMENT, THE STATE OF** MICHIGAN and any and all **AGENTCIES** or **POLITICAL SUBDIVISIONS** THEREOF **FOREIGN** and or **DOMESTIC** and if there is proof by way of Payroll check, Lawful contract where full disclosure was given and Tax forms to prove that I **Genora Lynn of the family Greene;** Secured Party, a self-aware living woman created under **Almighty  God,** am an Employee of the **U.S, U.S. GOVERNMENT, UNITED STATES GOVERNMENT, THE STATE OF** MICHIGAN and any and all **AGENTCIES** or **POLITICAL SUBDIVISIONS** THEREOF **FOREIGN** and or **DOMESTIC** let the proof and documentation be available within **Ten (10)** day from receipt of this Affidavit for my review. All documentation

Page 4 of 6         Initials: $GLG$  All Rights Reserved Waiving None UCC 1-308

Affidavit of Truth
For
Genora Lynn Greene©, A Living Woman (Grantee)
GENORA LYNN GREENE(GRANTOR)

and Proof must be sent in writing  by way of Sworn Affidavit Signed under penalties of the Law including Perjury by **Registered** or **Certified Mail** and received within **Ten (10)** calendar days from receipt of this Affidavit no other documentation or presumptions will be Accepted. I believe there is no evidence to the contrary and that none exist.

**Fact # 5**     I **Genora Lynn of the family Greene;** Secured Party, a self aware living woman created under **Almighty God**, on and for the Official Public Record declare that I am not or ever was I an Employee of the **U.S, U.S. GOVERNMENT, UNITED STATES GOVERNMENT, THE STATE OF MICHIGAN** and any and all **AGENTCIES** or **POLITICAL SUBDIVISIONS** THEREOF **FOREIGN** and or **DOMESTIC** and if anyone is making a **False claim** or **Unlawful Presumption** I **Genora Lynn of the family Greene;** am Employed of have been Employed by the **U.S GOVERNMENT, THE STATE OF** MICHIGAN and any and all **AGENTCIES** or **POLITICAL SUBDIVISIONS** THEREOF **FOREIGN** and or **DOMESTIC** without lawful proof and documentation you will be Sued. I hereby on and for the Public Record Declare that I have not nor have I ever been compensated or paid, for my **Alleged**  services and Employment as an Employee of the **U.S, U.S. GOVERNMENT, UNITED STATES GOVERNMENT, THE STATE OF MICHIGAN** and any and all **AGENTCIES** or **POLITICAL SUBDIVISIONS** THEREOF **FOREIGN** and or **DOMESTIC** and if anyone of the **U.S, U.S. GOVERNMENT, UNITED STATES GOVERNMENT, THE STATE OF** MICHIGAN and any and all **AGENTCIES** or **POLITICAL SUBDIVISIONS** THEREOF **FOREIGN** and or **DOMESTIC** intend to make a **False claim** or **Unlawful Presumption** that I **Genora Lynn of the family Greene;** Secured Party, a self-aware living woman created under **Almighty God**, am or have been Employed by the **U.S, U.S. GOVERNMENT, UNITED STATES GOVERNMENT, THE STATE OF** Michigan and any and all **AGENTCIES** or **POLITICAL SUBDIVISIONS** THEREOF **FOREIGN** and or **DOMESTIC** it must be done by way of Sworn Affidavit Signed under penalties of the Law including Perjury on and for the Public Record, and also must include a payment by way of **U.S Dollars** or the equivalent in **Gold** or **Silver** for **Back Pay** for the **Alleged** years of so-called Employment  with **U.S, U.S. GOVERNMENT, UNITED STATES GOVERNMENT, THE STATE OF** MICHIGAN and any and all **AGENTCIES** or **POLITICAL SUBDIVISIONS** THEREOF **FOREIGN** and or **DOMESTIC.** I believe there is no evidence to the contrary and that none exist.


# *NOTICE TO AGENT IS NOTICE TO PRINCILAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT*

Affidavit of Truth
For
Genora Lynn Greene©, A Living Woman (Grantee)
GENORA LYNN GREENE(GRANTOR)

The Foregoing Instrument is being executed under the hand and seal of the self-aware living woman and is my
**Free-Will act and Deed**. So help me **God**

x By: genora-lynn: greene AR     UCC 1-308, 3-415; without recourse

**Genora Lynn of the family Greene;** self-aware living woman created under God **ALL RIGHTS RESERVED**

**STATE OF** MICHIGAN      )

                            )      **SS      ACKNOWLEDGEMENT**

**COUNTY OF WAYNE**        )

On this ___9th___ day of ___NOVEMBER___ 2023, before me the Notary below appeared before me
**Genora Lynn of the family Greene;** to me known to be the **living woman** described in and who
executed the foregoing instrument and acknowledged before me that she executed the same as her
**freewill act and deed.**

Subscribed and affirmed before me, _GENORA LYNN GREENE_, Notary on the ___9th___ Day of

___November___ 20~~22~~. **NOTARY PRINT NAME:** _AZRA HRNJIC_  **Date:** _11-9-2023_

**NOTARY SIGNATURE:** _[signature]_  **Date:** _11-9-23_           **NOTARY SEAL**

**Commission Expires:** _____
                      AZRA HRNJIC
                      NOTARY PUBLIC - MICHIGAN
                      OAKLAND COUNTY
                      MY COMMISSION EXPIRES NOV. 25, 2026
                      ACTING IN _[illegible]_ COUNTY



# Affidavit
## Notice of Liability Regarding Trespass
## Affidavit of Fee Schedule and Remedy

### Acknowledgment
### in the Nature of Supplemental Rules
### for Administrative and Maritime Claims Rules C (6)

**for Personal Protection From
Federal / State / County / City / Municipal / Corporate
Employees / Agents / Individuals**

**Notice to Agent is Notice to Principal.
Notice to Principal is Notice to Agent.
Notice to Individual, Natural Living Soul is Notice to All Human Beings.
Notice to All Human Beings is Notice to Individual, Natural Living Soul.**

"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law."
**— In re McCowan (1917), 177 C. 93, 170**

**Public Law § 97-280 acknowledges the Holy Bible as the Word of God.**

**Silence is Acquiescence, Agreement, and Dishonour
This is a Self-Executing Contract.**

**Daniel Chapter 4 verse 17 (K.J.V.)**
"17 This matter is by the decree of the watchers and the demand by the word of the Holy ones: to the intent that the living may know that the most High ruleth in the kingdom of men and giveth it to whomsoever He will and setteth up over it the basest of men."

Before Me, the undersigned Notary, _____, on this day 10th of August, 2023, personally appeared Genora-Lynn: Greene, known to me to be credible natural person and of lawful age, who being duly sworn by me affirms, deposes, and says:

I, Genora Lynn of the family Greene, as a natural person / a People on the State known as Michigan, am hereby, as a gesture of peace, giving proper notice to the STATE OF MICHIGAN corporation and to the UNITED STATES corporation, to all municipal, county, and city corporations, and to all other STATE CORPORATIONS, agents, employees, and all other individuals of the following:

As a peaceful, natural woman desiring to avoid conflict and to live lawfully with all of my freedoms, I am providing you with this **Notice of Liability** regarding **Trespass, Fee Schedule, and Remedy for personal protection from Federal / State / County / City / Municipal / Corporate employees** as a courtesy to you and as a remedy should you decide to trespass upon me or other members of my Family. Failure to know or disobey any of your thousands of corporate regulations, statutes, or codes does not constitute a crime absent a victim or damaged property or fraud – no ___ ___ ___ ___.

$1,086.00 per minute or $1,800,000.00 per day. When an individual is detained without a signed lawful 4th amendment warrant and without having committed a crime (Traffic infractions are NOT crimes.), the detention is a false arrest and unlawful imprisonment.

**WHEREAS** this is a formal and lawful Affidavit of Fee Schedule and Remedy that is established for Genora-Lynn: Greene and her family members to include the lawful and unlawful matters relating to the Office of the Executrix.

**Written permission is required for the express use of my LEGAL NAME, and I do not authorize its use by you or your AGENTS / third parties.**

Attorney fees and other remedies not listed in this Fee Schedule are determined under special circumstances and submitted via certified mail with a return receipt to all parties involved.

1. **For every unlawful solicited / unsolicited interference and trespass in my private matters and/or commercial affairs, the following administrative fees apply: $100,000.00** (one hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per offense.

2. **For every offense committed against entities,** GENORA LYNN GREENE©™, GREENE, GENORA LYNN, GENORA L GREENE, GENORA GREENE, and any and all derivations thereof on any document which is in any way associated with me, the living soul, Genora-Lynn: Greene, shall, by such document acting as *prima facie* evidence of violation, **become liable for penalties of $300,000.00** (three hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

3. **For every offense or action taken against me: $1,000,000.00** (one million) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation of the RICO Act of 1970 for fraudulently and unlawfully under color of law misguiding natural persons to believe they are the entities (corporate fictions) to gain access to their TRUST ACCOUNTS.

4. **For each page of documents an agent, clerk or clerk of the courts refuses to file: $10,000.00** (ten thousand) per page payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation pursuant to **Federal Rules of Civil Procedures 5(d)(4))** —

   Acceptance by the clerk.

   [A clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice and **18 USC § 2071:** '**(a)** Whoever willfully and unlawfully conceals, removes, mutilates. Obliterates. or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceedings, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three (3) years, or both; **(b)** Whoever, having the custody of any such record, proceedings, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this titles or imprisoned not more than three (3) years or both; and shall forfeit his/her office and be

thereby filed. [*Freeman v. Giacomo Costa Fu Adrea*, 282 F. Supp. 525 (E.D.Pa. 1968)]

5. **For each unsolicited / solicited phone call: $7,000** (seven thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

6. **For each unsolicited / solicited letter of harassment : $7,000.00** (seven thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

7. **For each correspondence that I write to Respondents and/or Agents / third parties of due to solicited and/or unsolicited meetings, letters of harassment or breach of the Common Law : $2,000.00** (two thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

8. **For each correspondence I receive from the commissioner's office regarding RESPONDENTS / AGENTS / third parties or unlawful letters of harassment: $5,000.00** (five thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

9. **For each correspondence I write to the Office of Fair Trading: $2,000.00** (two thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

10. **For each correspondence I write to court services and agents: $2,000.00** (two thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

11. **For each correspondence I have to write to Trading Standards: $2,000.00** (two thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

12. **For each correspondence I have to write to the chief of police / sheriff agent after first notice sent: $2,000.00** (two thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

13. **For each court special appearance / general appearance : $30,000.00** (thirty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation.

14. **For each phone call I make to relevant bodies / agents: $2,000.00** (two thousand) **plus $500 per hour or part thereof / $5.00 per minute** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

15. **For each individual failure to provide per individual requested evidence, items, documents, proof of certified public oaths, or other lawfully required and requested items/documents for the inspection of the Undersigned, the fee of $5,000.00** (five thousand) per individual breach of this notice shall apply. It is your tacit agreement that these fees become automatically subscribed to by the Respondent (named in due course) if all requested and named items are not sent to the Sovereign Beneficiary with proof of receipt by recorded delivery and signed for within **(7)** days after receipt of this notice payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation.

16. **For each individual failure to perform a directive given by the Sovereign Beneficiary: $10,000.00** (ten thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes

... and 1 acre of government, state, county, or city land, per occurrence, per officer, or agent involved payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation.

19. **For every Excessive Bail, Fraudulent Bond, Fraudulent Warrant, Cruel / Unusual Punishment, Violation of Rights to a Speedy Trial or Freedom of Speech, Conspiracy, Aiding and Abetting, Racketeering, and/or Abuse of Authority** as per Title 18 U.S.C.A. § 241 and 242 or definitions contained herein for encroachment: **$1,000,000.00** (one million) and 1 acre of government, state, county, or city land per occurrence per officer or agent involved payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation..

20. **For every Assault (with or without Weapon): $1,000,000.00** (one million) and 1 acre of government, state, county, or city land per occurrence payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

21. **For all Unfounded Accusations by an Officer of the Court, Police Officer, or Officers of the Sheriff's Department and State Troopers: $3,000.00** (three thousand) per occurrence per officer or agent involved payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars.

22. **For all Unlawful Detention or Incarceration: $200,000.00** (two hundred thousand) per day and 1 acre of government, state, county, or city land convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars.

23. **For every Incarceration for Civil or Criminal Contempt of court without lawful and valid reason: $1,000,000.00** (one million) per day and 1 acre of government, state, county, or city land per occurrence payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars.

24. **For every Threat, Coercion, Deception, or Attempted Deception by any officer of the court: $50,000.00** (fifty thousand) per occurrence per officer or agent involved payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve notes to silver dollars per person per violation.

25. **For each Refusal of Lawful Bailment as Provided by the aforementioned Constitution and/or Honorable Bill of Rights: $100,000.00** (one hundred thousand) per day payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars as per **Trafficante v. Florida** per occurrence per officer and/or agent involved and 1 acre of government, state, county, or city land.

26. **For every Coercion or Attempted Coercion of the Real Natural Person to hold the liability of the Corporate Citizen against the Natural Person and Secured Party's Will: $200,000.00** (two hundred thousand) per occurrence per officer or agent involved payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve notes to silver dollars.

27. **For each Recording of an Unlawful or Improper Lien, Levy, Impoundment, or Garnishment against any funds, bank accounts, savings accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property belonging to the Secured Party by any agency as aforementioned herein: 1 acre of government, state, county, or city land and $300,000.00** (three hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars **and $100.00** (one hundred) per day penalty until all lien(s), levy(s), impoundment(s), and/or garnishment(s) are terminated along with all funds reimbursed and all property returned in the same condition as it was when taken with 18% annual interest and my declared value of property.

28. **For every destruction, deprivation, concealment, defacing, alteration, or theft of property,** including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Natural Person and Secured Party will incur a penalty of total new replacement costs of property as indicated by

29. **For every Denial and/or Abuse of Due Process: $200,000.00** (two hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve notes to silver dollars per violation per person per officer or agent involved.

30. **For every Obstruction of Justice: $200,000.00** (two hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per occurrence per officer and/or agent involved.

31. **For every Reckless Endangerment, Failure to Identify, Refusal to Present Credentials, and/or Failure to Charge within 48 (Forty-Eight) Hours after being Detained / Arrested: $300,000.00** (three hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per occurrence per officer and/or agent involved.

32. **For every Counterfeit Statute Staple Security Instrument: $20,000.00** (twenty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per officer and/or agent involved.

33. **For every Trespass on *Cestui Que Vie* Trust matter(s) and trust property including any trust property impaired as a result of any action taken without consent: $100,000.00** (one hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per trespass per officer and/or agent involved.

34. **For every Trustee, agent, or individual Correspondence not signed in affidavit form under penalties of perjury and commercial liability: $5,000.00** (five thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per communication not in compliance.

35. **For every Foreclosure, Repossession, and Court Matter against *Cestui Que Vie* Trust: $200,000.00** (two hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars and 1 acre of government, state, county, or city land per occurrence per officer and/or agent involved.

36. **For every seizure of any *Cestui Que Vie Trust* property through force, duress, coercion, conversion, including but not limited to arrest / assault / kidnapping / human trafficking : $1,000,000.00** (one million) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars.

37. **For Harassment after Notice: $100,000.00** (one hundred thousand) per occurrence per officer and/or agent involved payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per occurrence and 1 acre of government, state, county, or city land.

38. **For each Violation, Breach of Trust, Breach of Contract, Breach of Fiduciary Duty, Breach of the Peace, Perjury of Oath(s) of Office of Trustee, False Swearing and acting without Authority / Jurisdiction by Trustees / Agents: $50,000.00** (fifty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation and 1 acre of government, state, county, or city land per occurrence per officer and/or agent involved.

39. **For False Statements from Trustees, agents, or individuals: $20,000.00** (twenty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per officer and/or agent involved.

40. **For each Impairment of Contract by Trustees, agents, or individuals: $30,000.00** (thirty thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars user fee per impairment.

41. **For each Violation of any unalienable rights including but not limited to all rights protected by Trusts, Trust Law, Law, Common Law, International Law, Constitutions, Law of Nations,**

c. my body's weight in .999 pure gold (or its equivalent in Federal Reserve Notes) for the taking of my life. This lawful paper is to be honored by the People of the fifty States and the People of the United States of America for the protection of the People on the land known as any of the fifty States which make up the union known as the Unites States of America. This lawful paper must be honored in any court within any of the fifty States which make up the union known as the Unites States of America.

d. One Troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per hour for any of my time consumed in detention, imprisonment, or attempts by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen to establish their statutory jurisdiction upon Me or my family without expressed, written consent.

42. **For any harm done to family pets without valid cause and/or justification: $100,000.00 (one hundred thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation per person and 1 acre of government per officer and/or agent involved.

43. **For each request or demand under lack of full disclosure without the autograph of the Beneficiary on any lawful contract: $15,000.00 (fifteen thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation.

44. **For each taking of fingerprints by force, coercion, or duress: $4,000.00 (four thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars.

45. **For each field test demanded during unlawful detainment / traffic stop: $20,000.00 (twenty thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars.

46. **For each D.N.A. test demanded or taken by force, duress, or coercion during unlawful detainment: $200,000.00 (two hundred thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation.

47. **For any fraudulent foreclosures, liens, contracts, auctions placed against my property: $200,000.00 (two hundred thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per person per violation and 1 acre of government, state, county, or city land per occurrence per officer and/or agent involved.

48. **For all ex-parte hearings or meetings without my knowledge or consent and without given proper notice of 14 days in advance: $30,000.00 (thirty thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per violation.

49. **For failure to fully disclose any contract under acts of fraud: $50,000.00 (fifty thousand)** payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve notes to silver dollars per violation.

50. **For every theft of property of conveyance / automobile by impounding, towing, or forced removal from any private or public property without written consent from me:** $7,000.00 (seven thousand) per day payable convertible at the legal and lawful ratio prescribed by law of Federal Reserve notes to silver dollars per violation.

---

**Matthew Chapter 5 verses 25-26**
"²⁵ Agree with thine adversary quickly, whiles thou art in the way

1.

Equity follows the law.
1 Story, Eq. Jur. 64; 3 Wooddes. Lect. 479, 482.

2.
Equity will not suffer a wrong to be without a remedy.

3.
He who comes into equity must come with clean hands.

4.
Equity will not allow a remedy that is contrary to law.

5.
Equity will take jurisdiction to avoid a multiplicity of suits.

6.
Equity will not allow a statute to be used as a cloak for fraud.

7.
Equity regards the beneficiary as the true owner.

8.

Equity aids the vigilant, not those who slumber on their rights.

9.
Equity acts in personam or persons.

10.
Equity delights to do justice and not by halves.


## Maxims of Law

1.

From the words of the law there must be no departure.

2.

The act of God does no injury; that is, no one is
responsible for inevitable accidents.

3.

A twisting of language is unworthy of a judge.

4.

Chattels justly possessed cannot be lost.

5.

The agreement of the parties makes the law of the contract.

Every one ought to be subject to the law of the place where he offends.

9.

He who may consent tacitly may consent expressly.

10.

Law arises out of fact; that is, its application must be to facts.
8 Co. R. 146.

11.

External actions show internal secrets.
8 Co. R. 146.

12.

He ought not to be heard who advances a proposition
contrary to the rules of law.

13.

When the plaintiff does not prove his case, the defendant is absolved.

14.

An argument drawn from a similar case or analogy avails in law.

15.

An argument drawn from a similar case or analogy avails in law.
Co. Litt. 191

- ➤ The Common Law is the highest jurisdiction of man-made law and jurisprudence for the men and women sojourning on the landmass commonly referred to as the United States of America with the exception of the landmass commonly called Michigan which has Civil Law.
- ➤ The Law Merchant is tied to the Common Law and is the highest jurisdiction of man-made law for the men and women sojourning on the landmass commonly referred to as the United States of America concerning commerce and associated contracts, bills, commercial instruments, jurisprudence, et al.
- ➤ The Uniform Commercial Code is a code accepted or partially accepted by agreement of the various States regarding commercial contracts, commercial instruments, transactions, et al.
- ➤ The Constitution for the United States of America is the supreme contract for the men and women sojourning on the landmass commonly referred to as the United States of America.
- ➤ The Common Law reflects the Laws as recorded in the group of books commonly referred to as the Holy Bible and is verified by Sir William Blackstone in his published *Commentaries* which were instrumental to the founding fathers in the framing and establishing of American jurisprudence.
- ➤ The past and present so-called Monarchs of Great Britain must swear a corporeal oath and thereby contract to uphold and defend the laws as recorded in the letter patent, the 1611 King James Bible, as well as the Common Law.

Representatives before mentioned and the members of the several state legislatures, and all executive and judicial officers, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."

➢ For any Respondent who has sworn an oath of office to support and/or defend the Constitution for the United States of America,
**I hereby accept that oath of office.**

**Numbers Chapter 30 verses 1-2**
": And Moses spake unto the heads of the tribes concerning the children of Israel, saying, This is the thing which the Lord hath commanded. 2 If a mans vow a vow unto the Lord or swear an oath to bind his soul with a bond; he shall not breake his word, he shall do according to all that proceedeth out of his mouth."

**Leviticus Chapter 5 verses 3-5**
": or if he touch the uncleanness of man, whatsoever uncleanness it be that a man shall be defiled withal, and it be hid from him; when he knoweth of it, then he shall be guilty. 4 Or if a soul swear, pronouncing with his lips to do evil, or to do good, whatsoever it be that a man shall pronounce with an oath, and it be hid from him; when he knoweth of it, then he shall be guilty in one of these. 5 And it shall be, when he shall be guilty in one of these things that he shall confess that he hath sinned in that thing:"

When Congress makes a law which is outside the scope of its enumerated powers, it is no law at all but is **void**, and American **men and women have no obligation to comply**. Alexander Hamilton wrote this repeatedly in the Federalist Papers. Here are a few examples:

"…If the federal government should overpass the just bounds of its authority and make a tyrannical use of its powers, **the people,** whose creature it is, **must appeal to the standard they have formed, and take such measures to redress the injury done to the Constitution as the exigency may suggest and prudence justify…**"
Federalist No. 33, 5th Paragraph

"…acts of… (the federal government) which are not pursuant to its constitutional powers… will (not) become the supreme law of the land. **These will be merely acts of usurpation, and will deserve to be treated as such…**"
Federalist No. 33, 6th paragraph

"…every act of a delegated authority, contrary to the tenor of the commission under which it is exercised, is void. **No legislative act … contrary to the Constitution can be valid.** To deny this, would be to affirm … that men acting by virtue of powers may do not only what their powers do not authorize, but what they forbid."
Federalist No. 78, 10th paragraph

**(emphasis added above)**

When it is proven, by tacit agreement or otherwise, that Trespassing upon the People's unalienable rights to life, liberty, and the pursuit of happiness from outside the Republic of the United States of America and/or proven tacitly or otherwise that a tyrannical takeover of the de jure Republic by

**1788 Constitution for the United States of America –
Article III, Section III:**
"Treason shall consist only in levying War against them, **or** in **adhering to
their Enemies,** giving them Aid and Comfort. No Person shall be convicted of
Treason unless on the **Testimony of Two Witnesses** to the same overt Act or
on Confession in open Court. The Congress shall have Power to declare the
Punishment of Treason, but no Attainder of Treason shall work Corruption of
Blood, or Forfeiture except during the Life of the Person attainted."

### Deuteronomy Chapter 17 verse 6
"⁶ At the mouth of **two witnesses,** or three **witnesses,** shall he
that is worthy of death be put to death: but at the mouth of one
witness he shall not be put to death."

### Deuteronomy Chapter 19 verse 15
"¹⁵ One witness shall not rise up against a man for nay iniquity,
or for any sin, in any sin that he sinneth: at the mouth of **two
witnesses,** or at the mouth of three witnesses, shall the matter
be established."

### Matthew Chapter 18 verse 16
"¹⁶ But if he will not hear thee, then take with thee one or two
more, that in the mouth of **two** or three **witnesses** every word may
be established."

### 2 Corinthians Chapter 13 verse 1
"¹ This is the third *time* I am coming to you. In the mouth of **two**
or three **witnesses** shall every word be established."

### Hebrews Chapter 10 verse 28
"²⁸ He that despised Moses Law died without mercy under **two** or
three **witnesses.**"

[emphasis added on each item above]


**Constitution of the United States of America, Amendment IV:**
"The **right** of the people to be secure in their **persons, houses, papers,** and
**effects, against unreasonable searches and seizures, shall not be
violated,** and no Warrants shall issue, but upon probable cause, supported by
Oath or affirmation, and particularly describing the place to be searched,
and the persons or things to be seized." [emphasis added]

**Title 18 U.S. Code § 2382– Misprision of Treason**
"Whoever, owing allegiance to the United States and **having knowledge of the
commission of any treason** against them, conceals and does not, as soon as
may be, disclose and make known the same to the President or to some judge of
the United States, or to the governor or to some judge or justice of a
particular State, **is guilty of misprision of treason and shall be fined
under this title or imprisoned not more than seven (7) years, or
both.**" [emphasis added]


**WHEREAS** a person with full knowledge of a potential harm, whether caused
directly by the person or not, and that a person who holds this knowledge

being held liable for actions done or failure to perform required actions in the case of *MILLBROOK v. UNITED STATES*, **477 Fed. Appx. 4**, among others.

This International Commercial Claim / Lien within the Admiralty, Private Agreement and Disclosures, and Notice of Liability with all attachments comprises a **binding contract** between Respondents / Libellees and the Claimant / Libellant for the purpose of establishing the honorable terms of this Affidavit of Fee Schedule and Remedy and eliminating faulty assumptions. It is referred to herein as the Contract although it is an inland claim which, when perfected, will constitute a lien against the parties as described hereunder. The terms "you", "your", and "yours" refer to each Respondent named and yet to be named Respondents in this Contract individually and collectively. This Fee Schedule and Remedy supersedes any and all previous agreements, whether expressed or tacit, between the parties, et al.

<u>It is agreed upon that these fees shall be added together with standard compensation claims, and in all cases, the standard compensation shall also be due to me or any authorized trustee appointed for any and all breaches of this Contract, violations of domestic and international human rights, the U.C.C., and the Common Law.</u>

## Joining the Contract

You (Respondent) and the Claimant / Libellant agree that the joinder fee for any party not currently or previously named as a Respondent seeking the privilege of joining this Contract is hereby established at **$100,000** (one hundred thousand) payable and convertible at the legal and lawful ratio prescribed by law of Federal Reserve Notes to silver dollars per each attempt / event of impairment.

**As with any administrative process,** you may rebut the statements and claims in this Contract by executing a verified response, point-by-point, with evidence that is certified to be true and in the form of a sworn affidavit and assuming full liability to be received by Claimant(s) by certified mail no later than 5:00 P.M. of the final date to respond given to you. Respondent and the Claimant(s) / Libellant agree that a response which is not verified or a response from a third party agent lacking first-hand knowledge of the facts will constitute your **failure to respond** as defined herein. If you fail to respond or to state a claim by the indicated Effective Date, the Affidavit of Fee Schedule and Remedy ("Contract") will become **binding** and fully enforceable in the admiralty venue as a maritime lien subject to levy, distraint, distress, certificate of exigency, impound, execution, and all other lawful and/or commercial remedies. The parties herein agree that failure to respond or insufficiency of response as defined herein constitutes agreement with all terms, provisions, statements, facts, claims, and fees within this Notice.

"Qui tacet consentire videtur."

"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading…" *U.S. v Tweel*, 550 F.2d 297, 299, (1977), quoting *U.S. v Prudden*, 424 F.2d 1021, 1032 (1970)

"When circumstances impose duty to speak and one deliberately remains silent, silence is equivalent to false representation…"

(1)   Except as otherwise provided in this section, a contract for the sale of goods for the price of $500 or more is not enforceable by way of action or defense unless there is some writing sufficient to indicate that a contract for sale has been made between the parties and signed by the party against whom enforcement is sought or by his authorized agent or broker.

(2)   Between merchants if within a reasonable time a writing in confirmation of the contract and sufficient against the sender is received and the party receiving it has reason to know its contents, it satisfies the requirements of subsection (1) against such party unless written notice of objection to its contents is given within ten (10) days after it is received.

**This Notice of Liability Regarding Trespass, Fee Schedule, and Remedy** constitutes the Claimant's / Libellant's administrative remedy, and if you fail to respond or fail to state a verified superior claim, you hereby agree that the Claimant / Libellant has exhausted her administrative remedy and has stated a claim upon which relief can be granted.

**If you fail to state a verified claim** by the Effective Date as described below, you agree that you have failed to and are forever barred from doing so by estoppel, exhausting your administrative remedy; therefore, Respondents can never seek judicial intervention regarding this Contract now or at any time in the future. Respondents forever waive all immunity now and in the future. **This Contract is giving due notice of suit in admiralty claims pursuant to Public Law 94 § 583, 90 Statutes at Large § 2892, and 28 U.S.C. 1605 and 1607 in regards to loss of immunity.**

The term "failure to respond" means your failure by the Effective Date to respond to this Contract or insufficiency of response as defined herein. You agree that your failure to respond conveys your agreement with all of the terms and provisions of this Contract. By failing to respond, the Respondents accept full liability for any and all harm or loss caused for which remedy may be sought according to tort law, criminal law, strict liability, negligence, and hazardous activities.

This Fee Schedule is effective from the date of being placed onto the Public Record and will initiate upon any failure to comply with any and all directives given to the Respondents by the Sovereign Beneficiary or by the receipt of any further unsolicited letters or communications including emails, calls, etc. from Respondents / agents / third parties, or in the event of any unlawful assault, death, killing, trespass, damages, perjury, libel, injury, loss or harm, or any other unlawful activities. In the case of your failure to pay any fees within thirty days of presentment of a True Bill, you agree that a right of lien exists against you subject to a levy of real property, distraint, distress, certificate of exigency, impound, execution, and all other lawful and commercial remedies.

# Notice to Agent is Notice to Principal.
# Notice to Principal is Notice to Agent.

**This Contract is legally and lawfully binding and non-negotiable. This Contract is activated and subscribed to automatically by the Respondent(s) named in due course by all names of Respondents, agents, employees, individuals, third parties, and/or representatives thereof.**

The Respondents are entitled to a Notice of Default. In consideration

**All Rights Reserved Without Recourse. The Beneficiary reserves the right to alter this Fee Schedule at any time at the discretion of either party of the Sovereign Beneficiary, Master** Genora-Lynn: Greene **for the** GENORA LYNN GREENE℠™ **Estate and any and all derivative names thereof.**

Please be advised that these are my fees only and that further compensation from your insurance bonding as well as liens on your personal assets will also be required should you harass or intimidate Me or my family. Failure to confirm ALL correspondence by wet ink signature and in writing only will be construed as your non-response and dishonor. All correspondence must be labeled with full names, titles, and the name and address of your office.

Failure to correctly identify and sign every document in wet ink that is sent by you will be used as evidence that you are not who you say you are, that you attempting to deceive the Sovereign Beneficiary, and that you are attempting to impersonate a Public Official contrary to law.

This is a Notice of Liability Regarding Trespass, Fee Schedule, and Remedy for Protection from Federal / State / County / City / Municipal / Corporate employees, individuals, and agents. I, **Genora-Lynn: Greene,** holder of the office of the People in the State known as Michigan or in any other State, am hereby, as a gesture of peace, giving proper notice to the STATE OF MICHIGAN or to any state / corporation, to the UNITED STATES CORPORATION, and to all municipal, county, and city corporations and other STATE Corporations of the following:

As a peaceful, natural person desiring to avoid conflict and to live lawfully with all of my freedoms, I am providing you with this **Affidavit of Fee Schedule and Remedy for Protection from Federal / State / County / City / Municipal / Corporate employees, agents, and individuals** as a courtesy to you and as a remedy should you decide to trespass upon Me or my Family. Failure to know or to obey any and all of your thousands of corporate regulations does not constitute a crime absent a victim, damaged property, or fraud (the victim is the corporation).

If you should face a jury, you should know that the jury has sworn duty to judge the law and the facts, and the jury can provide just remedy for the People. In every criminal prosecution, it is necessary to establish the "*corpus delecti*" (i.e., the body or elements of the crime).

> "The *corpus delecti* consists of two elements– namely, (1) the injury or loss of harm; and (2) a criminal agency causing them to exist." (*People v. Frey*, 165 Cal. 140, 146 [131 P. 127]. *People v. Lopez*, etc.)

Please note that this Affidavit of Fee Schedule and Remedy for Personal Protection from Federal / State / County / City / Municipal / Corporate employees, agents, and individuals is just and modest and well below the precedent set by *Trezevant v. City of Tampa* wherein the damages established were $25,000 for 23 minutes of unlawful arrest. This particular remedy calculates to more than $1.8 million per day. The above is my Fee Schedule for all trespasses to be considered by a lawful jury of the People. Lawyer fees and other fees (including applicable late fees) are not included in this Fee Schedule.

The Unites States Supreme Court has stated the following in **U.S. v. Cruikshank** (92 U.S. 542 at 551):
"...between the People of the United States, any resident within any state, or any other national that there need be no conflict between any of them. The

## Neither I nor anyone from my family is of the UNITED STATES. We are of God, the Almighty Creator.

Let it be clear that a People is not a person, and a person is not a People. True sovereignty is within the People who have all private rights, but citizens, on the other hand, are subjects (by their own voluntary choice) of the state government and of local and federal government corporations in exchange for privileges and civil rights.

Let it be clear that I am not a person / citizen / employee / subject of any corporation which cannot, under color of law, act as a lawful government. Let it be clear that we have only one Sovereignty, and that Sovereignty is God.

**Guarantee and Waiver of Benefits**
Guarantees for this Affidavit of Fee Schedule and Remedy are the 1611 King James Bible, the Coronation of Elizabeth Alexandra Mary: Windsor, the Constitution for the United States of America, the Bill of Rights, Constitutional Oaths of Office, the Common Law, the Merchant Law, the Uniform Commercial Code, and case law.

I do not claim any benefit of said Guarantees and are included solely as a reference to the law and conduct of named and unnamed Respondents. Bible references are from the King James Bible and are used due to the oaths being sworn upon it. The use of Bible references in this Affidavit of Fee Schedule and Remedy are for jurisdictional purposes only, and no adherence or non-adherence to any organized religious group including but not limited to registered corporate organizations on the part of the Affiants may be assumed.

## Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.

It is written, "If they refuse to take the cup at thine hand to drink, then shalt thou say unto them, thus saith the Lord of hosts, ye shall certainly drink." – Jeremiah 25:28

"Thy kingdom come, Thy will be done in earth, as it is in Heaven."
—Matthew 6:10

## NATURAL LAW

The Natural Law is that which God, the Sovereign over the world, has prescribed to man by no formal promulgation but by the internal dictates of reason alone. It is discovered by a just consideration of the agreeableness of human actions to the nature of Man, and it comprehends all the duties which we owe either to the supreme being, to ourselves, or to our neighbors as reverence to God, self-defense, temperance, honor to our parents, benevolence to all strict adherence to our engagements, gratitude, and the like. In the Constitution for the United States of America, we find the 11th article, Amendment 9: "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained

witnessed no later than **twenty-one (21) days** from the date of original
service as attested to by way of certificate of service.

Failure to notify me and/or failure to register a dispute against this
Lawful Notice made herein will always result in an automatic default
judgment and permanent, irrevocable estoppel by acquiescence, barring the
bringing of charges under any statute / regulation / act / code or legal
action against Me, my family, or another People. Failure to honor this
lawful Notice will make each of the People acting as federal / state /
county / city / municipal / corporate employees liable for the sum of
$50,000 in silver coin or its equivalent in Federal Reserve Notes plus my
Fee Schedule, and such sum will be required to be paid to Genora-Lynn:
Greene upon your receipt of the Invoice and by its assigned due date. I, the
undersigned affiant and attorney in fact for GENORA LYNN GREENE©℠, authorize
this affidavit using my autograph on this instrument.


It is against the law for a Judge to summarily remove, to dismiss,
to dissolve, or to diminish a Commercial Lien. Only the Lien
Claimant or a Jury can dissolve a commercial lien.


**Trespass Upon Private Contract**
Any collateral attack on this Contract is in bad faith and is a criminal
trespass payable as prescribed in the above-stated Affidavit of Fee
Schedule.

**All payments are to be made in Lawful Money
pursuant to Title 12 USC § 411.**

Further affiant sayeth not!

**All Rights Reserved, None Waived**

**Without Prejudice**

Respectfully submitted.

*genora-lynn:greene*

I, Genora-Lynn: Greene, herein affirm and declare under my unlimited
commercial liability that I am competent to state the facts and of
Lawful age to handle the matters set forth herein, that the
aforementioned is true, correct, complete, not intended to be
misleading and that all of the above is admissible as evidence and in
accordance with my best first-hand knowledge, understanding, and
belief.

Dated this 10th day of    August    in the Year 2023.

# WITNESSES

_____
**Witness #1**
**Name** _Linda Mojsiulu_

_____
**Witness #2**
**Name** Sandra Gadda

**************************************************************************************

## ACKNOWLEDGMENT OF NOTARY

Oakland ss.
~~Wayne County~~

) ss.

**Michigan Republic**)

On the 10th day of _____August_____, 2023, before me, Deanna Smith _____, a Notary, personally appeared Genora-Lynn: Greene known to me or proved to me on the basis of satisfactory evidence of identification to be the living, natural woman whose name is subscribed upon this instrument and acknowledged to me that they executed the same in their authorized capacity; and by their signatures on this instrument, Genora-Lynn: Greene has acted on behalf of the person who executed this instrument.

_____

NOTARY SIGNATURE

My Commission Expires: _11·22·2027_

(seal)

DEANNA SMITH
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Nov 22, 2027
ACTING IN COUNTY OF Oakland.

# HOLD HARMLESS AND INDEMNITY AGREEMENT
# NON-NEGOTIABLE BETWEEN THE PARTIES

## PARTIES

**DEBTOR:**    GENORA LYNN GREENE
1786 E. OUTER DRIVE
DETROIT, MICHIGAN 48234

**Creditor:**    Genora Lynn Greene
c/o 80 W. Big Beaver RD PMB #300
Troy, Michigan; near [48084]
Non-Domestic without the US

**DEBTOR's Social Security Account Number:** 367-86-xxxx

I.    This Hold Harmless and Indemnity Agreement is mutually agreed upon and permanently entered into on this 10th day of the month of August, in the year of YHWH two thousand and twenty-three, between the juristic person, BAILEE, GENORA LYNN GREENE, GENORA L. GREENE, GENORA GREENE, G LYNN GREENE, GLG, GL GREENE, G GREENE, DEBTOR, and Genora Lynn Greene, Genora L. Greene, Genora Greene, G Lynn Greene, GLG, GL GREENE, G Greene, including all variations of said name of GENORA LYNN GREENE, DEBTOR, BAILEE, and Genora Lynn Greene, Secured Party Creditor, Bailor, who is a living, flesh-and-blood woman.

II.    For binding verification, DEBTOR/BAILEE hereby expressly agrees and covenants, without benefit of discussion, without division, holding said Creditor harmless, causing indemnification of Creditor from and against, but not limited to any and all: claims or legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summons(es), lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due or may become due arising hereinafter now and forevermore. Genora Lynn Greene, Creditor/Bailor, articulates by covenant and agreement that creditor shall not under any circumstances be considered an accommodating entity nor surety for DEBTOR/BAILEE.

**Words Defined Glossary of Terms:** In witnessing by hand this "HOLD HARMLESS AND INDEMNITY AGREEMENT" the foregoing words and terminology utilized herein are non-obstinate:

1. Appellation: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "A general term introduces and specifies a particular term used in addressing, greeting, calling out for, and making appeals of a particular living breathing flesh and blood man."

2. Conduit: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Conduit signifies means of transmitting and distributing energy and affects the production of labor, goods, or services by way of GENORA LYNN GREENE, GENORA LYNN GREENE, GENORA GREENE, G LYNN GREENE, GLG, GL GREENE, including, but not limited to, any and all variations and derivatives of DEBTOR/BAILEE except Genora Lynn Greene, Genora L Greene, Genora Greene, G Lynn Greene, GLG, GL GREENE, G. Greene."

3. Creditor: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Means Genora Lynn Greene as Creditor and Bailor".

4. Secured Party Creditor: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Means Genora Lynn Greene and all variations of that name."

5. DEBTOR: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "GENORA LYNN GREENE, GENORA L GREENE, GENORA GREENE, G LYNN GREENE,GLG, GL GREENE, G GREENE means including, but not limited to, any and all variations and derivatives in spelling of said name except Genora Lynn Greene, Genora L Greene, Genora Greene, G Lynn Greene, GLG, GL Greene, G Greene."

6. Derivative: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Coming from another; taken from something preceding secondary; that which has not the origin in itself, but obtains existence from something foregoing and a fundamental nature; anything derived from another."

7. Ens legis: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "A creature of the law; an artificial being, as contrasted with a natural person, such as a corporation, considered as deriving its existence entirely from the law."

8. Juristic person: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "An abstract legal entity ens legis such as a corporation created by construct of law considered possessing certain legal rights/duties of a human being; an imaginary entity, such as DEBTOR, i.e. GENORA LYNN GREENE upon basis of legal reasoning, is legally treated as a human being for purpose of conducting commercial activity for benefit of a biological living being such as Creditor."

9. Sentient Living being: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The Creditor, i.e. Genora Lynn Greene, Bailor, a living breathing flesh and blood woman, as distinguished from an abstract legal construct such as an artificial entity juristic person corporation partnership and association."

10. GENORA LYNN GREENE: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The DEBTOR GENORA LYNN GREENE, GENORA L GREENE, GENORA GREENE, G LYNN GREENE, GLG, GL GREENE, G GREENE means GENORA LYNN GREENE including, but not limited to, any and all variations and derivatives in the spelling of said name except Genora Lynn Greene, Genora L Greene, Genora Greene, G Lynn Greene, GLG, GL GREENE, G Greene."

11. Living breathing flesh and blood woman: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The Creditor Genora Lynn Greene, Bailor, a sentient living being, as distinguished from an artificial legal construct, ens legis, i.e. a juristic person, created by contract of law."

12. Transmitting Utility: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The term transmitting utility means a conduit, e.g., the DEBTOR, i.e., GENORA LYNN GREENE," including, but not limited to, any and all variations and derivatives in the spelling of said name except Genora Lynn Greene, Genora L Greene, Genora Greene, G Lynn Greene, GLG, GL GREENE, G Greene."

13. U.C.C: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "U.C.C. means Uniform Commercial Code."

14. Non-obstinate: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The term non obstinate means words anciently used in public and private instruments with intent of precluding in advance "any interpretation" other than certain declared objects, purposes."

15. DEBTOR: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "GENORA LYNN GREENE, GENORA L GREENE, GENORA GREENE, G LYNN GREENE, GLG, GL GREENE, G GREENE" BAILEE.

16. Creditor: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Genora Lynn Greene accepts DEBTOR's signature, endorsement mark below in accordance with UCC 1-201(39) as per UCC 3-401(b)."

17. BAILEE: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "BAILEE is a person who receives personal property from another as bailment."

18. Bailment: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "A delivery of personal property by one individual, the Bailor, to another person, the BAILEE, who holds the property for a certain purpose under an expressed or implied-in-fact contract."

19. Bailor: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "A Person who delivers personal property to another as a bailment."

III. The Undersigned Genora Lynn Greene is Beneficiary (BFY) as Secured Party Creditor and Non-Enemy, Non-Tax Protestor, Non-Belligerent, NON-UNITED STATES CORPORATE TITLE 28 U.S.C 3002 (15) CITIZEN, Non-Surety, Non-Combatant American National Sovereign hereinafter "Creditor" and "Bailor."

GENORA LYNN GREENE
GENORA LYNN GREENE, DEBTOR, BAILEE

LS: By: greene, genora©without recourse
Genora-Lynn: Greene, Creditor, Bailor

October 3, 2023
Date

## Individual Acknowledgement

State of Michigan

County of Oakland

On this 3ʳᵈ day of OctobeR , 20      , before me, the undersigned officer, personally appeared, GenoRa Lynn Greene , satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that she/he/they executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

_____, Notary Public

DEANNA SMITH
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Nov 22, 2027
ACTING IN COUNTY OF Oakland

Finance & Commerce
222 South 9th St Suite 900
Minneapolis, MN, 55402
Phone: 612-584-1563 Fax: 612-333-3243

# FINANCE&COMMERCE

## Affidavit of Publication

To:     Finance and Commerce/Assumed Names - Internal Account
        222 S 9th St, Ste 900
        Minneapolis, MN. 55402

Re:     Legal Notice 2491087, GENORA LYNN GREENE

        State of MN                          )
                                             ) SS.
        County of Hennepin                   )

I, Libbie Hein, being duly sworn, depose and say: that I am the Authorized Designee of Finance & Commerce, a daily newspaper of general circulation in Minneapolis. County of Hennepin, State of MN: that the newspaper has complied with all requirements to constitute a qualified newspaper under Minnesota Law including those requirements found in Minnesota Statute Section 331A.02, that a notice, of which the annexed is a printed copy, has been duly and regularly published in the Finance & Commerce once each day for 2 consecutive days, and that the date of the publication were as follows: Tuesday 04/04/2023 and Wednesday 04/05/2023.

Rate Information: The lowest classified rate paid by commercial users for comparable space: $16.00

By: _____

Signed and sworn to before me on this 5ᵗʰ day of April 2023 by Libbie Hein

By: _____



WILLIAM J GAIER
Notary Public-Minnesota
State of MN
No. 31077230
My commission expires on January 31 2026

Mortgage Foreclosure Notices: effective 7/1/2013: Pursuant to Minnesota Statutes section 580.033 relating to the publication of mortgage foreclosure notices. The newspaper's known office of issue is located in Hennepin county. The newspaper complies with the conditions described in section 580.033, subd. 1, clause (1) or (2). If the newspaper's known office of issue is located in the county, adjoining the county where the mortgaged premises or some part of the mortgaged premises described in the notice are located, a substantial portion of the newspaper's circulation is in the latter county.

---

CERTIFICATE OF ASSUMED NAME
STATE OF MINNESOTA

Minnesota Statutes Chapter 333

The filing of an assumed name does not provide a user with exclusive rights to that name. The filing is required for consumer protection in order to enable customers to be able to identify the true owner of a business

Assumed Name:
GENORA LYNN GREENE

Principal Place of Business: care of, East Outer Drive, Detroit, Michigan 00000 USA

Nameholders: Genora Lynn Riley, cared East Outer Drive Detroit Michigan 00000 USA

Tax Valentine Simone Astra: care of, East Outer Drive Detroit Michigan 00000 USA

Astra Simone Valentine Bey: care of, East Outer Drive Detroit Michigan 00000 USA

Greene Genora, care of, East Outer Drive Detroit Michigan 00000 USA

Greene L Genora, care of, East Outer Drive, Detroit Michigan 00000 USA

Greene Lynn, Genora: care of, East Outer Drive Detroit Michigan 00000 USA

Genora L Greene: care of, East Outer Drive Detroit Michigan 00000 USA

Genora Lynn Greene, Authorized Rep, care of, East Outer Drive Detroit Michigan 00000 USA

Greene Genora Lynn: care of, East Outer Drive Detroit Michigan 00000 USA

Genora Lynn Greene: care of, East Outer Drive Detroit Michigan 00000 USA

Greene Genora Lynn: care of, East Outer Drive Detroit Michigan 00000 USA

Genora Greene, care of, East Outer Drive Detroit Michigan 00000 USA

Genora Lynn Sandi, care of, East Outer Drive Detroit Michigan 00000 USA

By typing my name, I the undersigned certify that I am signing this document as the person whose signature is required, or as agent of the person(s) whose signature would be required who has authorized me to sign this document on his/her behalf, or in both capacities. I further certify that I have completed all required fields, and that the information in this document is true and correct and in compliance with the applicable chapter of Minnesota Statutes. I understand that by signing this document I am subject to the penalties of perjury as set forth in Section 609.48 as if I had signed this document under oath.

Signed by: Genora Lynn Greene, Authorized Rep

April 4, 5, 2023; 2491087

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
*The State of Michigan*
*Joesph F. Boedeker, Denise Hart*

**DEFENDANTS**
*GENORA LYNN GREENE*

(b) County of Residence of First Listed Plaintiff *Macomb*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant *OAKLAND*
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
*N/A*

Attorneys *(If Known)*
*Sec*

Case: 2:23-cv-12880
Assigned To: Cox, Sean F.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 11/13/2023
Description: REM State of Michigan v. Greene (jo)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [X] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [X] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ |  |  | [ ] 400 State Reapportionment |
| [X] 140 Negotiable Instrument | [X] 320 Assault, Libel & Slander / Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / Product Liability | | [X] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine / [ ] 368 Asbestos Personal | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability / Injury Product Liability | | [X] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [X] 355 Motor Vehicle Product Liability / [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | / [X] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [X] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [X] 442 Employment / [ ] 510 Motions to Vacate Sentence | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | **FEDERAL TAX SUITS** | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** | [ ] 462 Naturalization Application | [X] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| | / [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | [ ] 871 IRS—Third Party 26 USC 7609 | |
| | [ ] 448 Education / [ ] 550 Civil Rights | | | |
| | / [ ] 555 Prison Condition | | | |
| | / [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [X] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE
October 3, 2023

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?          ☐ Yes
                                                                        ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.          Other than stated above, are there any pending or previously
            discontinued or dismissed companion cases in this or any other
            court, including state court? (Companion cases are matters in which     ☑ Yes
            it appears substantially similar evidence will be offered or the same    ☑ No
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court: 43rd District Court

Case No.: _____

Judge: _____


Notes :